B1 (Official Form 1) (4/10)

# UNITED STATES BANKRUPTCY COURT
## Central District of California

**VOLUNTARY PETITION**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>EMAK Worldwide, Inc., a Delaware corporation | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>Equity Marketing, Inc. (name changed 9-15-04) | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):<br>13-3534145 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>6330 San Vicente Blvd.<br>Los Angeles, CA<br>ZIP CODE 90048 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Los Angeles, CA | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

### Type of Debtor (Form of Organization) (Check one box)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other
  **Marketing Services**

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

### Filing Fee (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
THIS SPACE IS FOR COURT USE ONLY
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (4/10)                  Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>EMAK Worldwide, Inc. |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor:<br>Refer to Attached | Case Number:<br>Pending | Date Filed: |
|---|---|---|
| District:<br>Central District of California | Relationship:<br>Affiliate of the Debtor | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)   (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

                                                     _____<br>
                                                     (Name of landlord that obtained judgment)

                                                     _____<br>
                                                               (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form) 1 (4/10)                                                      Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** EMAK Worldwide, Inc. |
|---|---|

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. X   N/A Signature of Debtor X Signature of Joint Debtor Telephone Number (if not represented by attorney) Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only **one** box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. X   N/A (Signature of Foreign Representative) (Printed Name of Foreign Representative) Date |

| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X *[signature]* Signature of Attorney for Debtor(s) Jeffrey M. Reisner - CA St. Bar No. 143715 Printed Name of Attorney for Debtor(s) IRELL & MANELLA LLP Firm Name 840 Newport Center Drive, Suite 400 Newport Beach, CA 92660 Address (949) 760-0991 Telephone Number Date *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. N/A Printed Name and title, if any, of Bankruptcy Petition Preparer Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) Address X Date Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. X *[signature]* Signature of Authorized Individual Teresa L. Tormey Printed Name of Authorized Individual Secretary Title of Authorized Individual 08/05/2010 Date | |

Attachment to Petition

List of Related Entities being filed concurrently:

EMAK Worldwide Service Corp., a Delaware corporation

2282804.1 01

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Jeffrey M. Reisner (CA State Bar No. 143715) - jreisner@irell.com<br>Kerri A. Lyman (CA State Bar No. 241615) - klyman@irell.com<br>IRELL & MANLLA LLP - 840 Newport Center Drive., Suite 400<br>Newport Beach, CA 92660-6324 (949) 760-0991<br><br>☐ *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: EMAK WORLDWIDE, INC., a Delaware Corporation | CASE NO.: |
|---|---|
| | CHAPTER: 11 |
| Debtor(s). | ADV. NO.: |

**ELECTRONIC FILING DECLARATION**
**(CORPORATION/PARTNERSHIP)**

| | | |
|---|---|---|
| ☒ | Petition, statement of affairs, schedules or lists | Date Filed: concurrently |
| ☐ | Amendments to the petition, statement of affairs, schedules or lists | Date Filed: _____ |
| ☐ | Other: _____ | Date Filed: _____ |

**PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY**

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____    8/ 5 /10
*Signature of Authorized Signatory of Filing Party*    Date

Teresa L. Tormey
*Printed Name of Authorized Signatory of Filing Party*

Secretary
*Title of Authorized Signatory of Filing Party*

**PART II - DECLARATION OF ATTORNEY FOR FILING PARTY**

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____    8/ 5 /10
*Signature of Attorney for Filing Party*    Date

Jeffrey M. Reisner
*Printed Name of Attorney for Filing Party*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.
November 2006

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

**In re: EMAK WORLDWIDE, INC.**

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Teresa L. Tormey, declare under penalty of perjury that I am the Secretary of EMAK WORLDWIDE, INC., a Delaware corporation and that on August 5, 2010, the following resolution was duly adopted by the Board of Directors of this corporation:

"Whereas, it is in the best interest of EMAK WORLDWIDE, INC. to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Teresa L. Tormey, the Secretary, of EMAK WORLDWIDE, INC. is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy on behalf EMAK WORLDWIDE, INC.; and

Be It Further Resolved, that Teresa L. Tormey, the Secretary of EMAK WORLDWIDE, INC. is authorized and directed to appear in all bankruptcy proceedings on behalf of EMAK WORLDWIDE, INC. and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of EMAK WORLDWIDE, INC. in connection with such bankruptcy case; and

Be It Further Resolved, that Teresa L. Tormey, the Secretary of EMAK WORLDWIDE, INC., is authorized and directed to employ the law firm of Irell & Manella LLP to represent it in such bankruptcy case."

Executed on: August 5, 2010          Signed: _____
                                     By: Teresa L. Tormey
                                     Its: Secretary

2282694.1 03

B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

In re   EMAK WORLDWIDE INC.              ,          Case No. _____
            Debtor
                                                    Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

     Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| | refer to attached list | | | |

Date:  8/ 5 /10

_____
Debtor

*[Declaration as in Form 2]*

## 20 LARGEST UNSECURED CREDITOR LIST

| Creditor and Name | Contact Information | Nature of Claim | Contingent, unliquidated, disputed or subject to setoff | Amount of Claim |
|---|---|---|---|---|
| Bouchard Margules & Friedlander<br>Attn: J. Friedlander, Esq.<br>222 Delaware Ave, Suite 1400<br>Wilmington, DE 19801 | Joel Friedlander, Esq.<br><br>(302) 573-3500 | Judgment | DISPUTED | $2,500,000.00 |
| Ropes & Gray LLP<br>Attn Authorized Agent<br>One International Place<br>Boston, MA 02110-2624 | Thad Davis, Esq.<br><br>thad.davis@ropesgray.com<br><br>(415) 315-2329 | Legal Fees | | $411,027.52 |
| Ashby & Geddes<br>Attn Authorized Agent<br>500 Delaware Avenue<br>Wilmington, DE 19899 | Steve Jenkins, Esq.<br><br>(302) 654-1888 ext 215<br><br>sjenkins@ashby-geddes.com | Legal Fees | | $404,172.76 |
| Gibson, Dunn & Crutcher LLP<br>Attn Authorized Agent<br>1801 CA Street Suite 4200<br>Denver, CO 80202-2694 | Steve Talley, Esq.<br><br>(303) 298.5775<br><br>stalley@gibsondunn.com | Legal Fees | | $368,333.20 |
| SANDERS, MICHAEL<br>1281 Keats Street<br>Manhattan Beach, CA 90266 | Michael Sanders | Compensation | | $251,160.00 |
| JOHNSON, DUANE<br>3166 Butler Ave<br>Los Angeles, CA 9066 | Duane Johnson | Compensation | | $227,849.00 |
| Morris Nichols Arsht & Tunnell<br>Attn Authorized Agent<br>1201 N. Market Street<br>Wilmington, DE 19899 | Ken Nachbar | Legal Fees | | $207,330.98 |
| DAR, ROY<br>6470 Gaynor Avenue<br>Van Nuys, CA 91406 | Roy Dar | Compensation | | $206,083.00 |

2284414.1 03

| Creditor and Name | Contact Information | Nature of Claim | Contingent, unliquidated, disputed or subject to setoff | Amount of Claim |
|---|---|---|---|---|
| LATHAM & WATKINS<br>355 South Grand Avenue<br>Los Angeles CA 90071-1560 | Russ Sauer, Esq.<br><br>213.485.1234<br><br>russ.sauer@lw.com | Legal Fees | | $97,903.37 |
| MONACOS, CHRISTIE<br>426 E. Marigold St.,<br>Altadena, CA 91001 | Christie Monacos | Compensation | | $80,119.89 |
| Carillo Foster LLC<br>Attn Authorized Agent<br>PO Box 8259<br>Pasadena, CA 91109 | | Rent | | $75,000.00 |
| KLEIN, MUI<br>9424 Steele Street<br>Rosemead, CA 91770 | Mui Klein | Compensation | | $69,340.00 |
| JH Cohn LLP<br>Attn Authorized Agent<br>4 Becker Farm Road<br>Roseland, NJ 07068 | Mark Nunis | Audit Fees | | $67,505.33 |
| City of Los Angeles<br>Attn Authorized Agent<br>File 57065<br>Los Angeles, CA 90074-7065 | Authorized Agent | Taxes | | $102,873.00 |
| ROBERTS, MARTHA<br>15650 Meadow Dr<br>Canyon Country, CA 91387 | Martha Roberts | Compensation | | $57,868.34 |
| Francisco, Ellen<br>17522 Grayland Ave<br>Artesia, CA 90701 | Ellen Francisco | Compensation | | $53,650.00 |
| Steven J Vallen<br>18666 Ravenwood Drive<br>Saratoga, CA 95070 | Steven J. Vallen | Tax consulting | | $52,999.94 |
| Jose Figueroa<br>529 S. El Molino Ave<br>Unit 8<br>Pasadena, CA 91101 | Jose Figueroa | Compensation | | $48,510.06 |
| Patrick Hanrahan<br>1783 Rose Villa<br>Pasadena, CA 91106-3565] | Patrick Hanrahan | Compensation | | $28,037.30 |

| Creditor and Name | Contact Information | Nature of Claim | Contingent, unliquidated, disputed or subject to setoff | Amount of Claim |
|---|---|---|---|---|
| Connolly Bove Lodge 1007 North Orange St Wilimington, DE 19899 | C. J. Seitz, Esq. | Legal Fees | | $22,524.75 |

I, Teresa L. Tormey, the Secretary of EMAK Worldwide, Inc., a Delaware corporation, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Dated: August 5, 2010.

_____
Teresa A. Tormey, Secretary
Debtor's Signature and Title

2282789.1 01

**STATEMENT OF RELATED CASES**
**INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2**
**UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA**

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    Concurrently herewith a related entity of the Debtor (EMAK Worldwide Service Corp.) is filing a chapter 11 proceeding

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    Inapplicable

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    Inapplicable

I declare, under penalty of perjury, that the foregoing is true and corre

Executed at _Los Angeles_, California.

Dated _8/5/10_

_Debtor_

_Joint Debtor_

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009    F 1015-2.1