1 | Jeffrey M. Reisner (State Bar No. 143715)
jreisner@irell.com
2 | Michael H. Strub, Jr. (State Bar No. 153828)
mstrub@irell.com
3 | Kerri A. Lyman (State Bar No. 241615)
klyman@irell.com
4 | IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
5 | Newport Beach, California 92660-6324
Telephone: (949) 760-0991
6 | Facsimile: (949) 760-5200

7 | [Proposed] Reorganization Counsel for
Debtors and Debtors-in-Possession

8

9 | **UNITED STATES BANKRUPTCY COURT**

10 | **CENTRAL DISTRICT OF CALIFORNIA**

11 | **LOS ANGELES DIVISION**

12

In re                                   )    Case No. 2:10-bk-42779-RN
                                        )    [Jointly Administered With Case
☒ EMAK WORLDWIDE, INC., a Delaware      )    No. 2-10-bk-42784-RN]
corporation,                            )
                                        )    Chapter 11
☒EMAK WORLDWIDE SERVICE CORP., a        )
Delaware corporation,                   )    **DECLARATION OF SERVICE RE: FIRST-**
                                        )    **DAY MOTIONS**
                                        )
                                        )    Hearing:
         Debtors and Debtors-in-        )    DATE:    August 12, 2010
         Possession.                    )    TIME:    11:00 a.m.
                                        )    PLACE:   Courtroom 1645
                                        )             Edward R. Roybal Federal Building and
                                        )             Courthouse
                                        )             255 E. Temple Street
                                        )             Los Angeles, CA 90012

I, Lori Gauthier, declare and state:

1.    I am employed with the law firm of Irell & Manella LLP, proposed reorganization counsel
in the above-captioned proceeding. The facts stated herein are within my knowledge and, if called upon as
a witness, I could and would competently testify thereto.

2.    On August 9, 2010, I caused to transmitted via e-mail, a true and complete copy of the
following documents on the parties set forth on Exhibit "1" attached hereto.

#2284107.1

1

2     (a) <u>Emergency</u> Motion for an Order Limiting Notice of Certain Matters Requiring Notice to

3  Creditors Pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure [Docket No. 5];

4     (b) <u>Emergency</u> Motion for Order Under 11 U.S.C. §§ 105, 345, 363 and 364 (A) Authorizing (I)

5  Maintenance of Existing Bank Accounts, (II) Continued Use of Existing Business Forms; and (III)

6  Continued Use of Existing Cash Management System; (B) Authorizing Certain Intercompany Transactions;

7  (C) Excusing the 11 U.S.C. § 345(b) Deposit and Investment Guidelines; and (D) Providing Other Related

8  Relief Cash Management System [Docket No. 7];

9
      (c) <u>Emergency</u> Motion for Order (A) Prohibiting Utilities from Altering, Refusing, or
10
   Discontinuing Service; and (B) Deeming Utilities Adequate Assured of Future Performance Pursuant to 11
11
   U.S.C. § 366 [Docket No. 6];
12
      (d) <u>Emergency</u> Motion for Order Authorizing Payment and Honoring of Prepetition Payroll
13
   Obligations [Docket No. 8];
14
      (e) <u>Emergency</u> Motion for Order Authorizing Debtors to Perform Consulting Agreements with
15
   Teresa Tormey, Roy Dar, Michael Sanders and Duane Johnson In The Ordinary Course (without exhibits)
16
   [Docket No. 9]; and
17
      (f) Declaration of Teresa L. Tormey in Support of First Day Motions [Docket No. 10].
18
      2.     On August 10, 2010, I caused to transmitted <u>via overnight mail</u>, a true and complete copy
19
   of the following documents on the parties set forth on Exhibit "2" attached hereto.
20
      (a) <u>Emergency</u> Motion for an Order Limiting Notice of Certain Matters Requiring Notice to
21
   Creditors Pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure [Docket No. 5];
22
      (b) <u>Emergency</u> Motion for Order Under 11 U.S.C. §§ 105, 345, 363 and 364 (A) Authorizing (I)
23
   Maintenance of Existing Bank Accounts, (II) Continued Use of Existing Business Forms; and (III)
24
   Continued Use of Existing Cash Management System; (B) Authorizing Certain Intercompany Transactions;
25
   (C) Excusing the 11 U.S.C. § 345(b) Deposit and Investment Guidelines; and (D) Providing Other Related
26
   Relief Cash Management System [Docket No. 7];
27

28

1      (c) Emergency Motion for Order (A) Prohibiting Utilities from Altering, Refusing, or

2  Discontinuing Service; and (B) Deeming Utilities Adequate Assured of Future Performance Pursuant to 11

3  U.S.C. § 366 [Docket No. 6];

4      (d)  Emergency Motion for Order Authorizing Payment and Honoring of Prepetition Payroll

5  Obligations [Docket No. 8];

6      (e) Emergency Motion for Order Authorizing Debtors to Perform Consulting Agreements with

7  Teresa Tormey, Roy Dar, Michael Sanders and Duane Johnson In The Ordinary Course (without exhibits)

8  [Docket No. 9];

9      (f)  Declaration of Teresa L. Tormey in Support of First Day Motions [Docket No. 10]; and

10      (g)  Notice of Hearing on Debtors' First-Day Motions [Docket No. 16].

11      I certify that I am employed in the office of a member of the bar of this Court at whose direction

12  the service was made.

13      I declare under penalty of perjury that the foregoing is true and correct.

14      Executed this 10th day of August, 2010, at Newport Beach, California.

15

16

17  Lori Gauthier

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT "1"**

| | |
|---|---|
| Bouchard Margules & Friedlander<br>Attn: J. Friedlander, Esq. | jfriedlander@bmf-law.com |
| Ropes & Gray LLP<br>Attn Thad Davis, Esq. | thad.davis@ropesgray.com |
| Ashby & Geddes<br>Attn Steve Jenkins, Esq. | sjenkins@ashby-geddes.com |
| Gibson,Dunn & Crutcher LLP<br>Attn Steve Talley, Esq. | stalley@gibsondunn.com |
| SANDERS, MICHAEL | mike.sanders@emak.com |
| JOHNSON, DUANE | duane.johnson@emak.com |
| Morris Nichols Arsht & Tunnell<br>Attn Ken Nachbar | knachbar@mnat.com |
| DAR, ROY | roy.dar@emak.com |
| LATHAM & WATKINS<br>Attn: Russ Sauer, Esq. | russ.sauer@lw.com |
| MONACOS, CHRISTIE | cpm085@hotmail.com |
| KLEIN, MUI | mui.klein@emak.com |
| JH Cohn LLP<br>Attn JH Cohn | mnunis@JHCohn.com |
| ROBERTS, MARTHA | Martha.roberts1@gmail.com |
| Francisco, Ellen | ellen.francisco@emak.com |
| Steven J Vallen | numbermonkey@comcast.net |
| Jose Figueroa | jose.figueroa@emak.com |
| Patrick Hanrahan | patrickhanrahan@gmail.com |
| Connolly Bove Lodge<br>Attn: C.J. Seitz, Esq. | CSeitzJr@cblh.com |
| Russell Clementson, Esq.<br>c/o Office of the U.S. Trustee | russell.clementson@usdoj.gov |
| David Hurst, Esq.<br>Young, Conaway, et al | dhurst@ycst.com |
| **Request for Special Notice**<br>John C. Kirkland, Esq.<br>Luce Forward Hamilton, et al | jkirkland@luce.com |

1

## EXHIBIT "2"

2

3

4

Bouchard Margules & Friedlander
Attn: J. Friedlander, Esq.
222 Delaware Ave, Suite 1400
Wilmington, DE 19801

5

6

7

Ropes & Gray LLP
Attn Thad Davis, Esq.
Three Embarcadero Center
San Francisco, CA 94111-4006

8

9

Ashby & Geddes
Attn Steve Jenkins, Esq.
500 Delaware Avenue
Wilmington, DE 19801-1490

10

11

12

Gibson,Dunn & Crutcher LLP
Attn Steve Talley, Esq.
1801 California Street, Suite 4200
Denver, CO 80202-2694

13

14

SANDERS, MICHAEL
1281 Keats Street
Manhattan Beach, CA 90266-6811

15

16

JOHNSON, DUANE
3166 Butler Ave
Los Angeles, CA 90066-1302

17

18

Morris Nichols Arsht & Tunnell
Attn Ken Nachbar
1201 N. Market Street
Wilmington, DE 19901-1147

19

20

DAR, ROY
6470 Gaynor Avenue
Van Nuys, CA 91406-6434

21

22

23

LATHAM & WATKINS
Attn: Russ Sauer, Esq.
355 South Grand Avenue
Los Angeles CA 90071-1560

24

25

MONACOS, CHRISTIE
426 E. Marigold St.,
Altadena, CA 91001-1908

26

27

Carillo Foster LLC
Attn Authorized Agent
PO Box 8259
Pasadena, CA 91109

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KLEIN, MUI
9424 Steele Street
Rosemead, CA 91770-1502

JH Cohn LLP
Attn JH Cohn
4 Becker Farm Road, #302
Roseland, NJ 07068-1780

City of Los Angeles
Attn Authorized Agent
File 57065
Los Angeles, CA 90074-7065

ROBERTS, MARTHA
15650 Meadow Dr
Canyon Country, CA 91387-4440

Francisco, Ellen
17522 Grayland Ave
Artesia, CA 90701-4023

Steven J Vallen
18666 Ravenwood Drive
Saratoga, CA 95070-5652

Jose Figueroa
529 S. El Molino Ave., Unit 8
Pasadena, CA 91101-4208

Patrick Hanrahan
1783 Rose Villa
Pasadena, CA 91106-3565

Connolly Bove Lodge
Attn: C.J. Seitz, Esq.
1007 North Orange St
Wilimington, DE 19801-1239

Secured Creditor
Bank of America
Attn: Hermann Schutterie, VP or
Authorized Agent
1000 W. Temple Street, 7th Fl
Los Angeles, CA 90012-1514

Russell Clementson, Esq.
c/o Office of the U.S. Trustee
725 S. Figueroa Street, Suite 2600
Los Angeles, CA 90017-5413

1

2   David Hurst, Esq.
    Young, Conaway, et al
3   The Brandywine Bldg.
    1000 West Street, 17th Floor
    Wilmington, DE 19801-1053

4

5   **Request for Special Notice**
    John C. Kirkland, Esq.
6   Luce Forward Hamilton, et al
    601 So. Figueroa St., Suite 3900
7   Los Angeles, CA 90017-5728

8   **Request for Special Notice**
    Ron Bender, Esq./John-Patrick M Fritz , Esq./Irving M
9   Gross, Esq.
    Levene, Neale, Bender, Yoo & Brill LLP
10  10250 Constellation Blvd., Suite 1700
    Los Angeles, CA 90067

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 840 Newport Center Drive, Suite 400, Newport Beach, CA 92660-6324

The foregoing document described as **DECLARATION OF SERVICE RE: FIRST-DAY MOTIONS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>August 10, 2010</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served): On _____, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on <u>August 10, 2010</u>, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.*

<u>CAUSED TO BE SERVED VIA PERSONAL DELIVERY/MESSENGER</u>
Chambers of Honorable Richard Neiter
Courtroom 1645
Edward R. Roybal Federal Bldg.
255 E. Temple Street
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 8/10/10 | Lori Gauthier | /s/ Lori Gauthier |
|---------|---------------|-------------------|
| *Date* | *Type Name* | *Signature* |

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Ron Bender    rb@lnbrb.com
- Russell Clementson    russell.clementson@usdoj.gov
- John-patrick M Fritz    jpf@lnbrb.com
- Irving M Gross    img@lnbrb.com, angela@lnbrb.com
- Kerri A Lyman    klyman@irell.com
- Jeffrey M. Reisner    jreisner@irell.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov