IRELL & MANELLA LLP
Jeffrey M. Reisner (State Bar No. 143715)
jreisner@irell.com
Michael H. Strub, Jr. (State Bar No. 153828)
mstrub@irell.com
Kerri A. Lyman (State Bar No. 241615)
klyman@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, California 92660
Telephone: (949) 760-5196
Telecopier: (949) 760-5200

[Proposed] Reorganization Counsel for the Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re

☒ EMAK WORLDWIDE, INC., a Delaware corporation,

☒ EMAK WORLDWIDE SERVICE CORP., a Delaware corporation,

Case No. 10-bk-42779-RN

Jointly Administered With Case No. 2:10-bk-42784-RN

Chapter 11 Proceeding

**SUPPLEMENTAL DECLARATION OF TERESA L. TORMEY IN SUPPORT OF FIRST DAY MOTIONS**

**SUPPLEMENTAL DECLARATION OF TERESA L. TORMEY**

I, Teresa L. Tormey, declare as follows:

1. I am the Corporate Secretary of EMAK Worldwide, Inc. ("EMAK") and EMAK Worldwide Service Corp. ("EMAK Service" and, collectively, the "Debtors"). I was employed by the Debtors, most recently, Chief Administrative Officer (following a promotion from Executive Vice President in 2006 and from Senior Vice President in 2004), General Counsel and Corporate Secretary from November 1, 2002 until March 31, 2010, and, since that time, continue to serve EMAK, pursuant to a consulting agreement, as its chief in-house counsel and Corporate Secretary. I also hold positions of Corporate Secretary and Director with each of EMAK's wholly-owned subsidiaries. Prior to joining the Debtors, I was a partner in the law firm of

Oppenheimer Wolff & Donnelly LLP specializing in corporate and securities law as well as mergers & acquisitions.

2. I hold a Bachelor's degree in Economics from UC Davis and a JD (Cum Laude) from Pepperdine University School of Law. During my employment with the Debtors, my responsibilities included overseeing the centralized corporate departments of EMAK and its wholly-owned subsidiaries, including business affairs, human resources, information technology, internal audit, investor relations and office administration. Since March 31, 2010, I have continued to provide services to the Debtors as a consultant. I have general knowledge of the Debtors' books and records, and I am familiar with their financial and operational affairs.

3. In order to enable the Debtors to minimize the adverse effects on their businesses from the commencement of these chapter 11 cases, the Debtors have requested various types of relief in "first-day" applications and motions (collectively, the "First Day Motions"). I submit this supplemental declaration in support of the First Day Motions.

4. Any capitalized term not expressly defined herein shall have the meaning ascribed to that term in the relevant First Day Motion. In addition to the personal knowledge that I have acquired while working with the Debtors, I also have knowledge of, and familiarity with, the Debtors' books and records, and financial and operational affairs. Except as otherwise indicated, all statements in this Supplemental Declaration are based upon my personal knowledge, my review of the Debtors' books and records, and other relevant documents, and other information prepared or collected by the Debtors' employees, or upon my opinion based upon my experience with the Debtors' operations and financial condition and those of the troubled companies. In making the statements herein, based upon the foregoing, I have relied in part upon others to accurately record, prepare, and collect any such documentation and other information. If I were called upon to testify, I could and would testify competently to the facts set forth herein. I am authorized to submit this declaration.

5. EMAK, through its wholly-owned subsidiaries (the "EMAK Subsidiaries"), is in the business of providing marketing services and promotional products. EMAK Service is the corporate "back-office" for EMAK, providing centralized services to EMAK and the EMAK

Subsidiaries. EMAK Service is also wholly owned by EMAK. Collectively, EMAK, EMAK Service and the EMAK Subsidiaries are referred to as the "Companies." Neither EMAK nor EMAK Service has any source of income other than distributions received from the EMAK Subsidiaries.

6. The Companies are an integrated enterprise utilizing a centralized cash management system (the "Cash Management System"). The structure of the Companies' prepetition Cash Management System creates a two-way transfer route in which all deposits are "up streamed" to a single bank account held by EMAK Service, and disbursements for the Companies' operating expenses are "down streamed" to special purpose disbursement accounts held by EMAK Service and Equity Marketing Inc. (a subsidiary of EMAK) as necessary to pay expenses. The EMAK Subsidiaries do not have separate bank accounts. Instead, all funds paid to the EMAK Subsidiaries' are deposited into a bank account in the name of EMAK Service.

7. As of the Petition Date, the Companies had $2.6 million in available, unrestricted cash on a consolidated basis. The Companies also had $2 million of restricted cash securing EMAK's letter of credit obligations under a real estate lease.

8. Since the Petition Date, the EMAK Subsidiaries have received approximately $822,000 in cash and expect to receive an additional $300,000 by Friday, August 13, 2010. The EMAK Subsidiaries have current outstanding operating expenses of $225,000 in addition to payroll of $700,000 that is due on Friday.

9. As shown in greater detail on the monthly forecast attached hereto as Exhibit A, the Debtors project that the non-debtor operating subsidiaries will generate income of EBITDA of $5.0 million from July 1, 2010 to December 31, 2010. The Debtors project that EBITDA will be reduced by approximately $1.4 million over the same period for the Debtors' overhead

///

///

///

expenses, excluding legal fees related to pending litigation, the consulting fees related to former management on an ongoing basis and other expenses related to this proceeding.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11th day of August, 2010, at Newport Beach, California.

Teresa L. Tormey

**Total EMAK WW**

| | Product Business Jul-10 Fcst | Product Business Aug-10 Fcst | Product Business Sep-10 Fcst | Product Business Oct-10 Fcst | Product Business Nov-10 Fcst | Product Business Dec-10 Fcst | Product Business 2ND Half 2010 |
|---|---|---|---|---|---|---|---|
| **Net Sales** | $ 2,509 | $ 7,110 | $ 11,834 | $ 2,633 | $ 2,808 | $ 1,084 | $ 27,978 |
| Cost of Sales | 2,000 | 6,031 | 10,066 | 2,226 | 2,382 | 927 | 23,632 |
| **Gross Margin** | 509 | 1,079 | 1,768 | 407 | 426 | 157 | 4,346 |
| Direct Salaries and Benefits | (0) | (0) | (0) | (0) | (0) | (0) | (0) |
| Client Billed Freelance Hours | - | - | - | - | - | - | - |
| **Total Direct S&B** | (0) | (0) | (0) | (0) | (0) | (0) | (0) |
| External Development | - | - | - | - | - | - | - |
| 3rd Party Warehouse | - | - | - | - | - | - | - |
| Freight Out | - | - | - | - | - | - | - |
| Commissions | - | - | - | - | - | - | - |
| Bad Debt | - | - | - | - | - | - | - |
| Advertising | - | - | - | - | - | - | - |
| Other Direct Overhead | 10 | 20 | 40 | 10 | 10 | 10 | 100 |
| **Total Direct Overhead** | 10 | 20 | 40 | 10 | 10 | 10 | 100 |
| **Net Margin** | 499 | 1,059 | 1,728 | 397 | 416 | 147 | 4,246 |
| Salaries | 176 | 176 | 176 | 176 | 176 | 176 | 1,057 |
| Bonuses | 4 | 4 | 4 | 4 | 4 | 4 | 23 |
| Benefits & Other Staffing Costs | 56 | 54 | 54 | 29 | 28 | 26 | 247 |
| Subtotal S&B, Gross | 236 | 234 | 234 | 209 | 208 | 206 | 1,327 |
| Reclass Salaries & Benefits | (0) | (0) | (0) | (0) | (0) | (0) | (0) |
| Salaries & Benefits, Net | 236 | 234 | 234 | 209 | 208 | 206 | 1,327 |
| Travel & Entertainment | 21 | 21 | 21 | 21 | 21 | 21 | 125 |
| Postage & Delivery | 4 | 4 | 4 | 4 | 4 | 4 | 24 |
| Supplies | 1 | 1 | 1 | 1 | 1 | 1 | 6 |
| Insurance | 6 | 6 | 6 | 6 | 6 | 6 | 38 |
| Occupancy Expense | 45 | 45 | 45 | 45 | 45 | 45 | 268 |
| Repairs & Maintenance | 3 | 3 | 3 | 3 | 3 | 3 | 16 |
| Telephone | 2 | 2 | 2 | 2 | 2 | 2 | 10 |
| Outside Services | 23 | 23 | 23 | 27 | 27 | 27 | 148 |
| Marketing & Showroom | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Miscellaneous Expense | 12 | 12 | 12 | 12 | 12 | 12 | 72 |
| **Total Operating Expenses** | 352 | 350 | 350 | 329 | 328 | 326 | 2,034 |
| **Operating Income** | $ 148 | $ 709 | $ 1,378 | $ 68 | $ 88 | $ (179) | $ 2,211 |
| Other Expense/(Income) | - | - | - | - | - | - | - |
| Interdivision | - | - | - | - | - | - | - |
| Allocations | 28 | 28 | 28 | 26 | 26 | 26 | 160 |
| **EBITDA** | 120 | 681 | 1,350 | 42 | 63 | (205) | 2,051 |
| Depreciation | 5 | 5 | 5 | 5 | 5 | 5 | 27 |
| Amortization | - | - | - | - | - | - | - |
| Interest Expense/(Income) | - | - | - | - | - | - | - |
| Rent Expense Adjustment | - | - | - | - | - | - | - |
| Non-Recurring/Non-Operating | (93) | (93) | (93) | - | - | - | (279) |
| **Pre-tax earnings** | $ 208 | $ 770 | $ 1,438 | $ 38 | $ 58 | $ (210) | $ 2,302 |

| | Upshot Jul-10 Fcst | Upshot Aug-10 Fcst | Upshot Sep-10 Fcst | Upshot Oct-10 Fcst | Upshot Nov-10 Fcst | Upshot Dec-10 Fcst | Upshot 2ND Half 2010 |
|---|---|---|---|---|---|---|---|
| **Net Sales** | $ 2,264 | $ 2,378 | $ 2,496 | $ 2,257 | $ 2,374 | $ 2,522 | $ 14,291 |
| Cost of Sales | 312 | 325 | 338 | 311 | 325 | 341 | 1,952 |
| **Gross Margin** | 1,952 | 2,053 | 2,158 | 1,946 | 2,049 | 2,181 | 12,339 |
| Direct Salaries and Benefits | 981 | 1,002 | 1,022 | 1,019 | 1,007 | 1,002 | 6,032 |
| Client Billed Freelance Hours | - | - | - | - | - | - | - |
| **Total Direct S&B** | 981 | 1,002 | 1,022 | 1,019 | 1,007 | 1,002 | 6,032 |
| External Development | - | - | - | - | - | - | - |
| 3rd Party Warehouse | - | - | - | - | - | - | - |
| Freight Out | - | - | - | - | - | - | - |
| Commissions | - | - | - | - | - | - | - |
| Bad Debt | - | - | - | - | - | - | - |
| Advertising | - | - | - | - | - | - | - |
| Other Direct Overhead | - | - | - | - | - | - | - |
| **Total Direct Overhead** | - | - | - | - | - | - | - |
| **Net Margin** | 971 | 1,051 | 1,136 | 927 | 1,042 | 1,179 | 6,307 |
| Salaries | 983 | 1,015 | 1,031 | 1,036 | 1,030 | 1,030 | 6,125 |
| Bonuses | 68 | 68 | 68 | 100 | 100 | 100 | 505 |
| Benefits & Other Staffing Costs | 196 | 193 | 197 | 194 | 187 | 180 | 1,148 |
| Subtotal S&B, Gross | 1,248 | 1,277 | 1,297 | 1,329 | 1,317 | 1,310 | 7,777 |
| Reclass Salaries & Benefits | (981) | (1,002) | (1,022) | (1,019) | (1,007) | (1,002) | (6,032) |
| Salaries & Benefits, Net | 267 | 275 | 274 | 311 | 310 | 308 | 1,745 |
| Travel & Entertainment | 3 | 3 | 3 | 3 | 3 | 3 | 18 |
| Postage & Delivery | 1 | 1 | 1 | 1 | 1 | 1 | 6 |
| Supplies | 8 | 8 | 8 | 9 | 9 | 9 | 53 |
| Insurance | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| Occupancy Expense | 136 | 136 | 136 | 136 | 136 | 136 | 819 |
| Repairs & Maintenance | 11 | 11 | 11 | 10 | 10 | 10 | 60 |
| Telephone | 9 | 9 | 9 | 9 | 9 | 9 | 56 |
| Outside Services | 19 | 19 | 19 | 19 | 19 | 19 | 111 |
| Marketing & Showroom | 20 | 20 | 20 | 21 | 21 | 21 | 123 |
| Miscellaneous Expense | 27 | 27 | 27 | 24 | 24 | 24 | 152 |
| **Total Operating Expenses** | 501 | 509 | 509 | 543 | 542 | 541 | 3,144 |
| **Operating Income** | $ 470 | $ 542 | $ 627 | $ 385 | $ 500 | $ 639 | $ 3,163 |
| Other Expense/(Income) | - | - | - | - | - | - | - |
| Interdivision | - | - | - | - | - | - | - |
| Allocations | 43 | 43 | 43 | 41 | 41 | 41 | 253 |
| **EBITDA** | 427 | 499 | 584 | 343 | 459 | 597 | 2,910 |
| Depreciation | 59 | 59 | 59 | 61 | 61 | 61 | 361 |
| Amortization | - | - | - | - | - | - | - |
| Interest Expense/(Income) | - | - | - | - | - | - | - |
| Rent Expense Adjustment | (23) | (23) | (23) | (23) | (23) | (23) | (137) |
| Non-Recurring/Non-Operating | - | - | - | - | - | - | - |
| **Pre-tax earnings** | $ 390 | $ 463 | $ 547 | $ 305 | $ 421 | $ 559 | $ 2,686 |

| | Neighbor Jul-10 Fcst | Neighbor Aug-10 Fcst | Neighbor Sep-10 Fcst | Neighbor Oct-10 Fcst | Neighbor Nov-10 Fcst | Neighbor Dec-10 Fcst | Neighbor 2ND Half 2010 |
|---|---|---|---|---|---|---|---|
| **Net Sales** | $ 235 | $ 342 | $ 343 | $ 328 | $ 328 | $ 330 | $ 1,906 |
| Cost of Sales | 47 | 71 | 71 | 68 | 68 | 68 | 393 |
| **Gross Margin** | 188 | 271 | 272 | 260 | 260 | 262 | 1,513 |
| Direct Salaries and Benefits | 179 | 177 | 161 | 159 | 159 | 159 | 993 |
| Client Billed Freelance Hours | 11 | 11 | 11 | (1) | (1) | (1) | 32 |
| **Total Direct S&B** | 190 | 188 | 172 | 158 | 158 | 158 | 1,025 |
| External Development | - | - | - | - | - | - | - |
| 3rd Party Warehouse | - | - | - | - | - | - | - |
| Freight Out | - | - | - | - | - | - | - |
| Commissions | - | - | - | - | - | - | - |
| Bad Debt | - | - | - | - | - | - | - |
| Advertising | - | - | - | - | - | - | - |
| Other Direct Overhead | - | - | - | - | - | - | - |
| **Total Direct Overhead** | - | - | - | - | - | - | - |
| **Net Margin** | (2) | 83 | 100 | 102 | 102 | 104 | 488 |
| Salaries | 178 | 178 | 162 | 162 | 162 | 162 | 1,003 |
| Bonuses | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Benefits & Other Staffing Costs | 43 | 41 | 41 | 27 | 27 | 27 | 206 |
| Subtotal S&B, Gross | 221 | 219 | 203 | 189 | 189 | 188 | 1,210 |
| Reclass Salaries & Benefits | (179) | (177) | (161) | (159) | (159) | (159) | (993) |
| Salaries & Benefits, Net | 42 | 42 | 42 | 30 | 30 | 30 | 217 |
| Travel & Entertainment | 8 | 8 | 8 | 8 | 8 | 8 | 50 |
| Postage & Delivery | 1 | 1 | 1 | 1 | 1 | 1 | 3 |
| Supplies | 1 | 1 | 1 | 1 | 1 | 1 | 6 |
| Insurance | - | - | - | - | - | - | - |
| Occupancy Expense | 12 | 12 | 12 | 12 | 12 | 12 | 70 |
| Repairs & Maintenance | 2 | 2 | 2 | 2 | 2 | 2 | 12 |
| Telephone | 1 | 1 | 1 | 1 | 1 | 1 | 6 |
| Outside Services | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| Marketing & Showroom | 2 | 2 | 2 | 2 | 2 | 2 | 13 |
| Miscellaneous Expense | 3 | 3 | 3 | 3 | 3 | 3 | 19 |
| **Total Operating Expenses** | 72 | 72 | 73 | 60 | 60 | 60 | 398 |
| **Operating Income** | $ (75) | $ 11 | $ 28 | $ 42 | $ 42 | $ 44 | $ 91 |
| Other Expense/(Income) | - | - | - | - | - | - | - |
| Interdivision | - | - | - | - | - | - | - |
| Allocations | 9 | 9 | 9 | 8 | 8 | 8 | 53 |
| **EBITDA** | (84) | 1 | 19 | 33 | 33 | 36 | 38 |
| Depreciation | 1 | 1 | 1 | 1 | 1 | 1 | 7 |
| Amortization | - | - | - | - | - | - | - |
| Interest Expense/(Income) | - | - | - | - | - | - | - |
| Rent Expense Adjustment | 4 | 4 | 4 | 4 | 4 | 4 | 23 |
| Non-Recurring/Non-Operating | - | - | - | - | - | - | - |
| **Pre-tax earnings** | $ (89) | $ (3) | $ 14 | $ 28 | $ 28 | $ 30 | $ 8 |

| | CC Jul-10 Fcst | CC Aug-10 Fcst | CC Sep-10 Fcst | CC Oct-10 Fcst | CC Nov-10 Fcst | CC Dec-10 Fcst | Corp 2ND Half 2010 | TOTAL EMAK 2ND Half 2010 |
|---|---|---|---|---|---|---|---|---|
| **Net Sales** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 44,175 |
| Cost of Sales | - | - | - | - | - | - | - | 25,977 |
| **Gross Margin** | - | - | - | - | - | - | - | 18,198 |
| Direct Salaries and Benefits | (0) | (0) | (0) | (0) | (0) | (0) | (0) | 7,025 |
| Client Billed Freelance Hours | - | - | - | - | - | - | - | 32 |
| **Total Direct S&B** | (0) | (0) | (0) | (0) | (0) | (0) | (0) | 7,057 |
| External Development | - | - | - | - | - | - | - | - |
| 3rd Party Warehouse | - | - | - | - | - | - | - | - |
| Freight Out | - | - | - | - | - | - | - | - |
| Commissions | - | - | - | - | - | - | - | - |
| Bad Debt | - | - | - | - | - | - | - | - |
| Advertising | - | - | - | - | - | - | - | - |
| Other Direct Overhead | - | - | - | - | - | - | - | 100 |
| **Total Direct Overhead** | - | - | - | - | - | - | - | 100 |
| **Net Margin** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11,041 |
| Salaries | 70 | 70 | 61 | 54 | 54 | 54 | 363 | 8,548 |
| Bonuses | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 528 |
| Benefits & Other Staffing Costs | 41 | 41 | 40 | 38 | 38 | 38 | 236 | 1,837 |
| Subtotal S&B, Gross | 111 | 111 | 102 | 92 | 91 | 91 | 599 | 10,913 |
| Reclass Salaries & Benefits | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (7,025) |
| Salaries & Benefits, Net | 111 | 111 | 102 | 92 | 91 | 91 | 599 | 3,888 |
| Travel & Entertainment | 14 | 14 | 14 | 13 | 13 | 13 | 80 | 273 |
| Postage & Delivery | 1 | 1 | 1 | 1 | 1 | 1 | 6 | 39 |
| Supplies | 2 | 2 | 2 | 2 | 2 | 2 | 10 | 75 |
| Insurance | 33 | 33 | 33 | 33 | 33 | 33 | 198 | 237 |
| Occupancy Expense | 6 | 6 | 6 | 5 | 5 | 5 | 33 | 1,191 |
| Repairs & Maintenance | 11 | 11 | 11 | 9 | 9 | 9 | 62 | 150 |
| Telephone | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 73 |
| Outside Services | 111 | 111 | 111 | 88 | 88 | 88 | 595 | 857 |
| Marketing & Showroom | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 136 |
| Miscellaneous Expense | 54 | 54 | 54 | 51 | 51 | 51 | 314 | 556 |
| **Total Operating Expenses** | 342 | 342 | 332 | 294 | 293 | 293 | 1,898 | 7,474 |
| **Operating Income** | $ (342) | $ (342) | $ (332) | $ (294) | $ (293) | $ (293) | (1,898) | $ 3,567 |
| Other Expense/(Income) | - | - | - | - | - | - | - | - |
| Interdivision | - | - | - | - | - | - | - | - |
| Allocations | (80) | (80) | (80) | (76) | (76) | (76) | (466) | - |
| **EBITDA** | (263) | (263) | (253) | (218) | (218) | (218) | (1,432) | 3,567 |
| Depreciation | 80 | 80 | 80 | 71 | 71 | 71 | 455 | 850 |
| Amortization | - | - | - | - | - | - | - | - |
| Interest Expense/(Income) | 6 | 6 | 6 | 6 | 6 | 6 | 38 | 38 |
| Rent Expense Adjustment | - | - | - | - | - | - | - | (114) |
| Non-Recurring/Non-Operating | 18 | 18 | 18 | 8 | 8 | 8 | 76 | (202) |
| **Pre-tax earnings** | $ (367) | $ (367) | $ (357) | $ (304) | $ (303) | $ (303) | $ (2,000) | $ 2,995 |

Exhibit A
Page 5

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 840 Newport Center Drive, Suite 400, Newport Beach, CA 92660-6324

The foregoing document described as **SUPPLEMENTAL DECLARATION OF TERESA L. TORMEY IN SUPPORT OF FIRST DAY MOTIONS** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On August 11, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served): On _________, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on August 11, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

CAUSED TO BE SERVED VIA PERSONAL DELIVERY/MESSENGER
Chambers of Honorable Richard Neiter
Courtroom 1645
Edward R. Roybal Federal Bldg.
255 E. Temple Street
Los Angeles, CA 90012

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 11, 2010 | LESLIE WOLCHUCK | /s/ Leslie Wolchuck |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Ron Bender rb@lnbrb.com
- Russell Clementson russell.clementson@usdoj.gov
- John-patrick M Fritz jpf@lnbrb.com
- Irving M Gross img@lnbrb.com, angela@lnbrb.com
- Kerri A Lyman klyman@irell.com
- David L. Neale dln@lnbrb.com
- Jeffrey M. Reisner jreisner@irell.com
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

**SERVED VIA E-MAIL**

| | |
|---|---|
| Bouchard Margules & Friedlander<br>Attn: J. Friedlander, Esq. | jfriedlander@bmf-law.com |
| Ropes & Gray LLP<br>Attn Thad Davis, Esq. | thad.davis@ropesgray.com |
| Ashby & Geddes<br>Attn Steve Jenkins, Esq. | sjenkins@ashby-geddes.com |
| Gibson,Dunn & Crutcher LLP<br>Attn Steve Talley, Esq. | stalley@gibsondunn.com |
| Michael Sanders | mike.sanders@emak.com |
| Duane Johnson | duane.johnson@emak.com |
| Morris Nichols Arsht & Tunnell<br>Attn Ken Nachbar | knachbar@mnat.com |
| Roy Dar | roy.dar@emak.com |
| Latham & Watkins<br>Attn: Russ Sauer, Esq. | russ.sauer@lw.com |
| Christie Monacos | cpm085@hotmail.com |
| Mui Klein | mui.klein@emak.com |
| JH Cohn LLP<br>Attn JH Cohn | mnunis@JHCohn.com |
| Martha Roberts | Martha.roberts1@gmail.com |

| | |
|---|---|
| Ellen Francisco | ellen.francisco@emak.com |
| Steven J Vallen | numbermonkey@comcast.net |
| Jose Figueroa | jose.figueroa@emak.com |
| Patrick Hanrahan | patrickhanrahan@gmail.com |
| Connolly Bove Lodge<br>Attn: C.J. Seitz, Esq. | CSeitzJr@cblh.com |
| Russell Clementson, Esq.<br>c/o Office of the U.S. Trustee | russell.clementson@usdoj.gov |
| David Hurst, Esq.<br>Young, Conaway, et al | dhurst@ycst.com |
| John C. Kirkland, Esq.<br>Luce Forward Hamilton, et al | jkirkland@luce.com |
| Wells Fargo Securities, LLC<br>(as successor to Barrington Associates<br>c/o Michael Gold, Esq. | 'mgold@jmbm.com' |
| Ron Bender, Esq.<br>Irving M. Gross, Esq.<br>John-Patrick M. Fritz<br>Levene, Neale, Bender et al | rb@lnbyb.com<br>img@lnbyb.com<br>jpf@lnbyb.com |