B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

In re EMAK WORLDWIDE, INC. ,
    Debtor

Case No. 2:10-bk-42779-RN

Chapter 11

[SECOND AMENDED]

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| REFER TO ATTACHED | | | | |

Date: 8/17/10

_____
Debtor

*[Declaration as in Form 2]*

## SECOND AMENDED 20 LARGEST UNSECURED CREDITOR LIST

| Creditor and Name | Contact Information | Nature of Claim | Contingent, unliquidated, disputed or subject to setoff | Amount of Claim |
|---|---|---|---|---|
| Bouchard Margules & Friedlander<br>Attn: J. Friedlander, Esq.<br>222 Delaware Ave, Suite 1400<br>Wilmington, DE 19801 | Joel Friedlander, Esq.<br>jfriedlander@bmf-law.com<br>(302) 573-3500 | Interim Fee Award | DISPUTED | $2,500,000.00 |
| Wells Fargo Securities, LLC (as successor to Barrington Associates)<br>c/o Michael Gold, Esq.<br>1900 Avenue of the Stars, 7th Floor<br>Los Angeles, California 90067 | Michael Gold, Esq.<br>mgold@jmbm.com<br>(310) 201-3529 | Contingency Fees | DISPUTED | $1,000,000.00 |
| Mr. A.C. Verbruggen<br>c/o Bronsgeest Deur Advocaten<br>Attn: H.J. Wiarda<br>De Lairessestraat 137-143<br>1075 HJ Amsterdam<br>The Netherlands | h.wiarda@bd-advocaten.nl<br>tel: + 31 (0)20 305 33 311 | Employment Claim | DISPUTED | $638,300.00 |
| Ropes & Gray LLP<br>Attn Authorized Agent<br>One International Place<br>Boston, MA 02110-2624 | Thad Davis, Esq.<br>thad.davis@ropesgray.com<br>(415) 315-2329 | Legal Fees | | $411,027.52 |
| Ashby & Geddes<br>Attn Authorized Agent<br>500 Delaware Avenue<br>Wilmington, DE 19899 | Steve Jenkins, Esq.<br>(302) 654-1888 ext 215<br>sjenkins@ashby-geddes.com | Legal Fees | | $404,172.76 |
| Gibson, Dunn & Crutcher LLP<br>Attn Authorized Agent<br>1801 CA Street Suite 4200<br>Denver, CO 80202-2694 | Steve Talley, Esq.<br>(303) 298.5775<br>stalley@gibsondunn.com | Legal Fees | | $368,333.20 |
| SANDERS, MICHAEL<br>1281 Keats Street<br>Manhattan Beach, CA 90266 | Michael Sanders<br>mike.sanders@emak.com | Compensation | | $251,160.00 |

| Creditor and Name | Contact Information | Nature of Claim | Contingent, unliquidated, disputed or subject to setoff | Amount of Claim |
|---|---|---|---|---|
| JOHNSON, DUANE<br>3166 Butler Ave<br>Los Angeles, CA 9066 | Duane Johnson<br><br>duane.johnson@emak.com | Compensation | | $227,849.00 |
| Morris Nichols Arsht & Tunnell<br>Attn Authorized Agent<br>1201 N. Market Street<br>Wilmington, DE 19899 | Ken Nachbar<br><br>KNachbar@MNAT.com | Legal Fees | | $207,330.98 |
| DAR, ROY<br>6470 Gaynor Avenue<br>Van Nuys, CA 91406 | Roy Dar<br><br>roy.dar@emak.com | Compensation | | $206,083.00 |
| LATHAM & WATKINS<br>355 South Grand Avenue<br>Los Angeles CA 90071-1560 | Russ Sauer, Esq.<br><br>213.485.1234<br><br>russ.sauer@lw.com | Legal Fees | | $97,903.37 |
| Donald A. Kurz<br>c/o Stephen C. Norman, Esq/<br>Abigail M. LeGrow, Esq.<br>Potter Anderson & Corroon<br>1313 N. Market Street<br>Hercules Plaza, 6th Floor<br>Wilmington, DE 19899 | Stephen C. Norman, Esq.<br><br>snorman@potteranderson.com<br><br>Abigail M. LeGrow, Esq.<br><br>alegrow@potteranderson.com<br><br>(302) 984-6000 | Advancement /Indemnification | DISPUTED / UNLIQUIDATED | $136,647.00 |
| MONACOS, CHRISTIE<br>426 E. Marigold St.,<br>Altadena, CA 91001 | Christie Monacos | Compensation | | $80,119.89 |
| Carillo Foster LLC<br>Attn Authorized Agent<br>PO Box 8259<br>Pasadena, CA 91109 | | Rent/Security Deposit | | $75,000.00 |
| KLEIN, MUI<br>**1716 Havemeyer Lane**<br>**Redondo Beach, CA 90278** | Mui Klein<br><br>mui.klein@emak.com | Compensation | | $69,340.00 |
| JH Cohn LLP<br>Attn Authorized Agent<br>4 Becker Farm Road<br>Roseland, NJ 07068 | Mark Nunis<br><br>mnunis@JHCohn.com | Audit Fees | | $67,505.33 |

| Creditor and Name | Contact Information | Nature of Claim | Contingent, unliquidated, disputed or subject to setoff | Amount of Claim |
|---|---|---|---|---|
| City of Los Angeles<br>Attn Authorized Agent<br>File 57065<br>Los Angeles, CA 90074-7065 | Authorized Agent | Taxes | | $102,873.00 |
| ROBERTS, MARTHA<br>15650 Meadow Dr<br>Canyon Country, CA 91387 | Martha Roberts<br><br>Martha.roberts1@gmail.com | Compensation | | $57,868.34 |
| Francisco, Ellen<br>17522 Grayland Ave<br>Artesia, CA 90701 | Ellen Francisco<br><br>ellen.francisco@emak.com | Compensation | | $53,650.00 |
| Steven J Vallen<br>18666 Ravenwood Drive<br>Saratoga, CA 95070 | Steven J. Vallen | Tax consulting | | $52,999.94 |
| Jose Figueroa<br>**1508 Sinaloa Ave**<br>**Pasadena, CA 91104** | Jose Figueroa<br><br>JFigueroa@Calendow.org | Compensation | | $48,510.06 |
| Patrick Hanrahan<br>1783 Rose Villa<br>Pasadena, CA 91106-3565] | Patrick Hanrahan<br><br>patrickhanrahan@gmail.com | Compensation | | $28,037.30 |
| Connolly Bove Lodge<br>1007 North Orange St<br>Wilimington, DE 19899 | C. J. Seitz, Esq.<br><br>CSeitzJr@cblh.com<br><br>(302) 888-6278 | Legal Fees | | $22,524.75 |