IRELL & MANELLA LLP
Jeffrey M. Reisner (State Bar No. 143715)
jreisner@irell.com
Michael H. Strub, Jr. (State Bar No. 153828)
mstrub@irell.com
Kerri A. Lyman (State Bar No. 241615)
klyman@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, California 92660
Telephone: (949) 760-5196
Telecopier: (949) 760-5200

[Proposed] Reorganization Counsel for the
Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| In re | Case No. 10-bk-42779-RN |
|---|---|
| ☒ EMAK WORLDWIDE, INC., a Delaware corporation, | Jointly Administered With Case No. 2:10-bk-42784-RN |
| | Chapter 11 Proceeding |
| ☒ EMAK WORLDWIDE SERVICE CORP., a Delaware corporation, | **DECLARATION OF TERESA L. TORMEY IN SUPPORT OF CASH FLOW BUDGET** |

## DECLARATION OF TERESA L. TORMEY

I, Teresa L. Tormey, declare as follows:

1.  I am the Corporate Secretary of EMAK Worldwide, Inc. ("EMAK") and EMAK Worldwide Service Corp. ("EMAK Service" and, collectively, the "Debtors"). I was employed by the Debtors, most recently, Chief Administrative Officer (following a promotion from Executive Vice President in 2006 and from Senior Vice President in 2004), General Counsel and Corporate Secretary from November 1, 2002 until March 31, 2010, and, since that time, continue to serve EMAK, pursuant to a consulting agreement, as its chief in-house counsel and Corporate Secretary. I also hold positions of Corporate Secretary and Director with each of EMAK's wholly-owned subsidiaries. Prior to joining the Debtors, I was a partner in the law firm of

2292350.2 04

Oppenheimer Wolff & Donnelly LLP specializing in corporate and securities law as well as mergers & acquisitions.

2. I hold a Bachelor's degree in Economics from UC Davis and a JD (Cum Laude) from Pepperdine University School of Law. During my employment with the Debtors, my responsibilities included overseeing the centralized corporate departments of EMAK and its wholly-owned subsidiaries, including business affairs, human resources, information technology, internal audit, investor relations and office administration. Since March 31, 2010, I have continued to provide services to the Debtors as a consultant. I have general knowledge of the Debtors' books and records, and I am familiar with their financial and operational affairs.

3. In addition to the personal knowledge that I have acquired while working with the Debtors, I also have knowledge of, and familiarity with, the Debtors' books and records, and financial and operational affairs. Except as otherwise indicated, all statements in this Declaration are based upon my personal knowledge, my review of the Debtors' books and records, and other relevant documents, and other information prepared or collected by the Debtors' employees, or upon my opinion based upon my experience with the Debtors' operations and financial condition and those of the troubled companies. In making the statements herein, based upon the foregoing, I have relied in part upon others to accurately record, prepare, and collect any such documentation and other information. If I were called upon to testify, I could and would testify competently to the facts set forth herein. I am authorized to submit this declaration.

4. EMAK, through its wholly-owned subsidiaries (the "EMAK Subsidiaries"), is in the business of providing marketing services and promotional products. EMAK Service is the corporate "back-office" for EMAK, providing centralized services to EMAK and the EMAK Subsidiaries. EMAK Service is also wholly owned by EMAK. Collectively, EMAK, EMAK Service and the EMAK Subsidiaries are referred to as the "Companies." Neither EMAK nor EMAK Service has any source of income other than distributions received from the EMAK Subsidiaries.

5. The Companies are an integrated enterprise utilizing a centralized cash management system (the "Cash Management System"). The structure of the Companies'

prepetition Cash Management System creates a two-way transfer route in which all deposits are "up streamed" to a single bank account held by EMAK Service, and disbursements for the Companies' operating expenses are "down streamed" to special purpose disbursement accounts held by EMAK Service and Equity Marketing Inc. (a subsidiary of EMAK) as necessary to pay expenses. The EMAK Subsidiaries do not have separate bank accounts. Instead, all funds paid to the EMAK Subsidiaries' are deposited into a bank account in the name of EMAK Service.

6. On August 12, 2010, the Bankruptcy Court entered the *Order Granting Debtors' Emergency Motion For Order Under 11 U.S.C. §§ 105, 345, 363 And 364: (A) Authorizing (I) Maintenance Of Existing Bank Accounts, (II) Continued Use Of Existing Business Forms, And (III) Continued Use Of Existing Cash Management System; (B) Authorizing Certain Intercompany Transactions; (C) Excusing The 11 U.S.C. § 345(B) Deposit And Investment Guidelines; And (D) Providing Other Related Relief* (the "Cash Management Order"). In the Cash Management Order, the Bankruptcy Court authorized the Debtors to continue to utilize the Cash Management System. The Bankruptcy Court also ordered that:

> within one (1) week from the entry of this Order, the Debtors will provide to their secured creditors, the unsecured creditors holding the 20 largest claims against the Debtors, or, if appointed under Bankruptcy Code section 1102, to the official committee of unsecured creditors (the "Committee"), in lieu of the Debtors' twenty largest unsecured creditors or its counsel, the Office of the United States Trustee and all parties having filed requests for special notice a go-forward budget for the Companies.

7. I submit this declaration in response to the Court's request.

8. Attached as Exhibit A is a go-forward budget for the Companies from August to December 2010. The first page of Exhibit A shows the budgeted income and expenses of the EMAK Subsidiaries as follows:

- The first set of columns under the heading "Products Segment" reflects the budgeted income and expenses of the Companies' subsidiaries that provide promotional products and services on a consolidated basis. The entities comprising the Products Segment are (i) Equity Marketing, Inc.; (ii) Logistix Marketing, Inc. and Logistix Inc.; and (iii) Equity Marketing Hong Kong,

Ltd., a Delaware corporation with two operating subsidiaries, EMAK Asia Holding Company Limited, a Hong Kong company, and Pine Wisdom Limited, a Hong Kong company. These entities work in coordination to provide promotional products and services. Equity Marketing, Inc., Logistix Marketing, Inc. and Logistix Inc. provide entertainment marketing and develop promotional products and programs. Equity Marketing Hong Kong, Ltd. and its subsidiaries provide manufacturing support services for the production of these promotional products, such as figurines and plush toys, in China. Due to the nature of the Products Segment's business, these entities work in conjunction and their budgeted income and operating expenses have been calculated on a consolidated basis. Further, the business of the Products Segments requires the investment of working capital to manufacture promotional products in advance of payment by clients. The September 2010 cash flow for the Products Segment indicates a negative balance of $579,000 as a result of a large holiday program currently in production in China, with receipts from the client forecast starting in September 2010 and continuing into October 2010. The margin after direct overhead on this program is approximately $1 million. Based upon the positive cash balance of the consolidated EMAK Subsidiaries for September 2010, the Debtors believe it is prudent for the other EMAK Subsidiaries to advance funds to the Products Segment for the month of September 2010. The Debtors' cash will not be utilized.

- The second set of columns under the heading "Upshot" reflects the budgeted income and expenses of Upshot, Inc., a Chicago-based agency that provides integrated marketing services to its clients, including strategic planning and research, promotion, event, collaborative marketing, retail and environmental design.

- The third set of columns under the heading "Neighbor" reflects the budgeted income and expenses of Neighbor, Inc., which also offers full-service, strategic marketing services that focuses its marketing services on environmental branding, community building, movements and experiences.

9. The first set of columns on the second page of Exhibit A under the heading "Total Operating Subsidiaries" reflects the budgeted income and expenses of all of the EMAK Subsidiaries on a consolidated basis from August to December 2010. As reflected in Exhibit A, the EMAK Subsidiaries are forecasted to generate $5.1 million in cash flow during the August through December 2010 period. The second set of columns on the second page of Exhibit A under the heading "Corporate" reflects the budged expenses of the Debtors, without accounting for contributions from the EMAK Subsidiaries. Estimated operating expenses do not include such non-ordinary course expenses such as the Debtors' legal fees related to pending litigation and other expenses related to the bankruptcy proceeding. Estimated operating expenses include the consulting fees related to former management on an ongoing basis.

10. The monthly cash flow calculation set forth in the last row of each column in Exhibit A is based upon the historical run rate of collection of receivables by the applicable entity or the average number of days that the invoices of such entity have been outstanding. That factor (%) is applied to the entities' estimated revenues by month in order to calculate actual cash collections. The cash flow calculation is then reviewed for reasonableness and adjusted, as appropriate, based on the general payment trends of various clients. Based upon the Companies historical experience, the cash flow calculation is a reliable estimate of actual cash collections.

11. As of August 5, 2010 (the petition date), the Companies had $2.6 million in available, unrestricted cash on a consolidated basis. The Companies also had $2 million of restricted cash securing letter of credit obligations under a real estate lease. After payment of the Debtors' prepetition payroll in the amount of $18,649.29, as authorized by the Bankruptcy Court on August 12, 2010, the Companies had $4.6 million in prepetition cash. All of the operating

///

///

1  expenses of the EMAK Subsidiaries will be paid from cash earned by the EMAK Subsidiaries
2  post-petition.

4  I declare under penalty of perjury under the laws of the United States of America that the
5  foregoing is true and correct.
6  Executed this 19th day of August, 2010, at Newport Beach, California.

_____
Teresa L. Tormey

EMAK Worldwide, Inc.
August - December 2010 Budget

| | Products Segment | | | | | | Upshot | | | | | | Neighbor | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Aug-10 Fcst | Sep-10 Fcst | Oct-10 Fcst | Nov-10 Fcst | Dec-10 Fcst | Total Fcst | Aug-10 Fcst | Sep-10 Fcst | Oct-10 Fcst | Nov-10 Fcst | Dec-10 Fcst | Total Fcst | Aug-10 Fcst | Sep-10 Fcst | Oct-10 Fcst | Nov-10 Fcst | Dec-10 Fcst | Total Fcst |
| **Income Statement** | | | | | | | | | | | | | | | | | | |
| Gross Sales | 7,070 | 11,767 | 2,618 | 2,792 | 1,078 | 25,325 | 3,124 | 2,500 | 2,260 | 2,377 | 2,526 | 12,787 | 342 | 343 | 328 | 328 | 330 | 1,672 |
| Net Sales | 7,110 | 11,834 | 2,633 | 2,808 | 1,084 | 25,469 | 3,120 | 2,496 | 2,257 | 2,374 | 2,522 | 12,770 | 342 | 343 | 328 | 328 | 330 | 1,672 |
| S&B Reclass | (0) | (0) | (0) | (0) | (0) | (0) | (1,002) | (1,022) | (1,019) | (1,007) | (1,002) | (5,052) | (177) | (161) | (159) | (159) | (159) | (814) |
| Cost of Sales | (6,031) | (10,066) | (2,226) | (2,382) | (927) | (21,633) | (410) | (338) | (311) | (325) | (341) | (1,726) | (73) | (73) | (67) | (67) | (68) | (349) |
| Gross Margin (excl. HK) | 1,079 | 1,768 | 407 | 426 | 157 | 3,836 | 1,708 | 1,136 | 927 | 1,042 | 1,179 | 5,992 | 92 | 110 | 102 | 102 | 104 | 509 |
| % of Net Sales | 15.2% | 14.9% | 15.4% | 15.2% | 14.5% | 15.1% | 54.7% | 45.5% | 41.1% | 43.9% | 46.8% | 46.9% | 26.9% | 31.9% | 31.0% | 31.0% | 31.5% | 30.5% |
| Direct Overhead | (20) | (40) | (10) | (10) | (10) | (90) | - | - | - | - | - | - | - | - | - | - | - | - |
| Margin After Direct Overhead | 1,059 | 1,728 | 397 | 416 | 147 | 3,746 | 1,708 | 1,136 | 927 | 1,042 | 1,179 | 5,992 | 92 | 110 | 102 | 102 | 104 | 509 |
| % MADO | 14.9% | 14.6% | 15.1% | 14.8% | 13.6% | 14.7% | 54.7% | 45.5% | 41.1% | 43.9% | 46.8% | 46.9% | 26.9% | 31.9% | 31.0% | 31.0% | 31.5% | 30.5% |
| S&B, net | (172) | (172) | (138) | (137) | (137) | (756) | (311) | (311) | (311) | (310) | (308) | (1,550) | (38) | (38) | (30) | (30) | (30) | (166) |
| Operating Expenses | (55) | (55) | (55) | (55) | (55) | (275) | (250) | (250) | (232) | (232) | (232) | (1,195) | (16) | (16) | (30) | (30) | (30) | (123) |
| Operating Margin | 832 | 1,501 | 203 | 223 | (45) | 2,715 | 1,148 | 576 | 385 | 500 | 639 | 3,247 | 38 | 55 | 42 | 42 | 44 | 221 |
| **Balance Sheet** | | | | | | | | | | | | | | | | | | |
| Cash | | | | | | | | | | | | | | | | | | |
| Accounts Receivables, net | 5,312 | 11,337 | 8,658 | 3,256 | 2,329 | | 2,624 | 3,917 | 2,589 | 2,838 | 3,001 | | 1,469 | 1,059 | 1,015 | 1,075 | 1,079 | |
| Unbilled Receivable | - | - | - | - | - | | 1,092 | 874 | 790 | 831 | 883 | | 87 | 87 | 83 | 83 | 84 | |
| Inventory, net | 1,943 | 728 | 523 | 514 | 493 | | 119 | 116 | 122 | 85 | 54 | | 14 | 13 | 13 | 44 | 53 | |
| Other Assets | 7 | 7 | 7 | 7 | 7 | | 84 | 84 | 84 | 84 | 84 | | 30 | 30 | 30 | 30 | 30 | |
| AP/Accrued Receipts | (7,244) | (10,024) | (6,843) | (4,208) | (2,086) | | (254) | (197) | (151) | (147) | (188) | | (116) | (88) | (120) | (153) | (140) | |
| Deferred Revenue | - | - | - | - | - | | (766) | (679) | (633) | (735) | (355) | | (327) | (328) | (313) | (313) | (315) | |
| Pass Through,Vol Rebate/Creative | (1,733) | (1,733) | (1,733) | (1,733) | (1,733) | | - | - | - | - | - | | - | - | - | - | - | |
| Restructuring/Non Recurring | (313) | (263) | (213) | (163) | (113) | | - | - | - | - | - | | (1) | (1) | (1) | (1) | (1) | |
| **Cash Flow** | | | | | | | | | | | | | | | | | | |
| Income | 832 | 1,501 | 203 | 223 | (45) | 2,715 | 1,148 | 576 | 385 | 500 | 639 | 3,247 | 38 | 55 | 42 | 42 | 44 | 221 |
| Change in W/C | (385) | (2,081) | 438 | 1,941 | (1,225) | (1,311) | 503 | (136) | 170 | 149 | (542) | 144 | 46 | 107 | (37) | 32 | (21) | 128 |
| Cash Flow (calc.) | 447 | (579) | 641 | 2,165 | (1,270) | 1,404 | 1,650 | 439 | 555 | 649 | 97 | 3,391 | 85 | 162 | 5 | 73 | 23 | 348 |

Page 1 of 2

Exhibit A
Page 7

**EMAK Worldwide, Inc.**
**August - December 2010 Budget**

| | Total Operating Subsidiaries | | | | | | Corporate | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Aug-10 Fcst | Sep-10 Fcst | Oct-10 Fcst | Nov-10 Fcst | Dec-10 Fcst | Total Fcst | Aug-10 Fcst | Sep-10 Fcst | Oct-10 Fcst | Nov-10 Fcst | Dec-10 Fcst | Total Fcst |
| **Income Statement** | | | | | | | | | | | | |
| Gross Sales | 10,537 | 14,610 | 5,206 | 5,497 | 3,934 | 39,784 | - | - | - | - | - | - |
| Net Sales | 10,572 | 14,674 | 5,218 | 5,510 | 3,937 | 39,911 | - | - | - | - | - | - |
| S&B Reclass | (1,179) | (1,183) | (1,178) | (1,166) | (1,160) | (5,866) | (0) | (0) | (0) | (0) | (0) | (0) |
| Cost of Sales | (6,514) | (10,478) | (2,605) | (2,774) | (1,336) | (23,707) | - | - | - | - | - | - |
| Gross Margin (excl. HK) | 2,879 | 3,013 | 1,436 | 1,570 | 1,440 | 10,338 | (0) | (0) | (0) | (0) | (0) | (0) |
| % of Net Sales | 27.2% | 20.5% | 27.5% | 28.5% | 36.6% | 25.9% | | | | | | |
| Direct Overhead | (20) | (40) | (10) | (10) | (10) | (90) | - | - | - | - | - | - |
| Margin After Direct Overhead | 2,859 | 2,973 | 1,426 | 1,560 | 1,430 | 10,248 | (0) | (0) | (0) | (0) | (0) | (0) |
| % MADO | 27.0% | 20.3% | 27.3% | 28.3% | 36.3% | 25.7% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| S&B, net | (520) | (520) | (479) | (477) | (475) | (2,472) | (111) | (102) | (92) | (91) | (91) | (487) |
| Operating Expenses | (320) | (320) | (318) | (318) | (318) | (1,593) | (231) | (230) | (202) | (202) | (202) | (1,067) |
| Operating Margin | 2,018 | 2,132 | 629 | 766 | 638 | 6,183 | (342) | (332) | (294) | (293) | (293) | (1,554) |
| **Balance Sheet** | | | | | | | | | | | | |
| Cash | - | - | - | - | - | - | - | - | - | - | - | - |
| Accounts Receivables, net | 9,405 | 16,313 | 12,261 | 7,169 | 6,409 | | - | - | - | - | - | - |
| Unbilled Receivable | 1,179 | 961 | 873 | 914 | 967 | | - | - | - | - | - | - |
| Inventory, net | 2,075 | 858 | 658 | 643 | 601 | | - | - | - | - | - | - |
| Other Assets | 121 | 121 | 121 | 121 | 121 | | - | - | - | - | - | - |
| AP/Accrued Receipts | (7,614) | (10,309) | (7,114) | (4,508) | (2,414) | | - | - | - | - | - | - |
| Deferred Revenue | (1,093) | (1,007) | (946) | (1,048) | (670) | | - | - | - | - | - | - |
| Pass Through,Vol Rebate/Creative | (1,733) | (1,733) | (1,733) | (1,733) | (1,733) | | - | - | - | - | - | - |
| Restructuring/Non Recurring | (314) | (263) | (213) | (163) | (113) | | - | - | - | - | - | - |
| **Cash Flow** | | | | | | | | | | | | |
| Income | 2,018 | 2,132 | 629 | 766 | 638 | 6,183 | (342) | (332) | (294) | (293) | (293) | (1,554) |
| Change in W/C | 164 | (2,110) | 572 | 2,122 | (1,788) | (1,040) | - | - | - | - | - | - |
| Cash Flow (calc.) | 2,182 | 22 | 1,201 | 2,887 | (1,150) | 5,143 | (342) | (332) | (294) | (293) | (293) | (1,554) |

Exhibit A8
Page

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 840 Newport Center Drive, Suite 400, Newport Beach, CA 92660-6324

The foregoing document described as **DECLARATION OF TERESA L. TORMEY IN SUPPORT OF CASH FLOW BUDGET** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On August 19, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On August 19, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on August 19, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

CAUSED TO BE SERVED VIA PERSONAL DELIVERY/MESSENGER
Chambers of Honorable Richard Neiter
Courtroom 1645
Edward R. Roybal Federal Bldg.
255 E. Temple Street
Los Angeles, CA 90012

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 19, 2010 | Lori Gauthier | /s/ Lori Gauthier |
|---|---|---|
| Date | Type Name | Signature |

2291404.1

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Ron Bender    rb@lnbrb.com
- Russell Clementson    russell.clementson@usdoj.gov
- Daniel Denny    ddenny@gibsondunn.com
- Joseph A Eisenberg    jae@jmbm.com
- John-patrick M Fritz    jpf@lnbrb.com
- Irving M Gross    img@lnbrb.com, angela@lnbrb.com
- Kerri A Lyman    klyman@irell.com
- David L. Neale    dln@lnbrb.com
- Jeffrey M. Reisner    jreisner@irell.com
- Jeffrey Rosenfeld    jeffrey.rosenfeld@bingham.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

**SERVED VIA E-MAIL**

| | |
|---|---|
| Bouchard Margules & Friedlander<br>Attn: J. Friedlander, Esq. | jfriedlander@bmf-law.com |
| Ropes & Gray LLP<br>Attn: Thad Davis, Esq. | thad.davis@ropesgray.com |
| Ashby & Geddes<br>Attn: Steve Jenkins, Esq. | sjenkins@ashby-geddes.com |
| Gibson, Dunn & Crutcher LLP<br>Attn: Steve Talley, Esq./Daniel Denny, Esq. | stalley@gibsondunn.com<br>ddenny@gibsondunn.com |
| Michael Sanders | mike.sanders@emak.com |
| Duane Johnson | duane.johnson@emak.com |
| Morris Nichols Arsht & Tunnell<br>Attn: Ken Nachbar | knachbar@mnat.com |
| Roy Dar | roy.dar@emak.com |
| Latham & Watkins<br>Attn: Russ Sauer, Esq. | russ.sauer@lw.com |
| Christie Monacos | cpm085@hotmail.com |
| Mui Klein | mui.klein@emak.com |
| JH Cohn LLP<br>Attn JH Cohn | mnunis@JHCohn.com |
| Martha Roberts | Martha.roberts1@gmail.com |
| Ellen Francisco | ellen.francisco@emak.com |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Name | Email |
|---|---|
| Steven J Vallen | numbermonkey@comcast.net |
| Jose Figueroa | jose.figueroa@emak.com<br>JFigueroa@Calendow.org |
| Patrick Hanrahan | patrickhanrahan@gmail.com |
| Connolly Bove Lodge<br>Attn: C.J. Seitz, Esq. | CSeitzJr@cblh.com |
| Russell Clementson, Esq.<br>c/o Office of the U.S. Trustee | russell.clementson@usdoj.gov |
| David Hurst, Esq.<br>Young, Conaway, et al | dhurst@ycst.com |
| John C. Kirkland, Esq.<br>Luce Forward Hamilton, et al | jkirkland@luce.com |
| Wells Fargo Securities, LLC<br>(as successor to Barrington Associates<br>c/o Michael Gold, Esq. | 'mgold@jmbm.com' |
| Ron Bender, Esq./Irving M. Gross, Esq.<br>John-Patrick M. Fritz/David L. Neale, Esq.<br>Levene, Neale, Bender et al | rb@lnbyb.com<br>img@lnbyb.com<br>jpf@lnbyb.com<br>dln@lnbrb.com |
| <u>Counsel for Rob Dar, Duane Johnson and Mike Sanders</u><br>Justin Rawlins, Esq/Rolf Woolner, Esq.<br>Winston & Strawn LLP | jrawlins@winston.com<br>rwoolner@winston.com |
| Joseph A. Eisenberg, Esq.<br>Jeffer Mangels Butler & Mitchell LLP | jae@jmbm.com |
| Daniel B. Denny, Esq.<br>Gibson, Dunn & Crutcher LLP | ddenny@gibsondunn.com |
| Mr. A.C. Verbruggen<br>c/o Bronsgeest Deur Advocaten<br>Attn: H.J. Wiarda | h.wiarda@bd-advocaten.nl |
| Donald A. Kurz<br>c/o Stephen C. Norman, Esq./Abigail M. LeGrow, Esq.<br>Potter Anderson & Corroon | snorman@potteranderson.com<br>alegrow@potteranderson.com |
| Jeffrey Rosenfeld, Esq. | jeffrey.rosenfeld@bingham.com |

2291404.1

- 3 -

**SERVED VIA FIRST-CLASS MAIL:**

| | |
|---|---|
| Carillo Foster LLC<br>Attn Authorized Agent<br>PO Box 8259<br>Pasadena, CA 91109 | Bank of America N.A.<br>Attn Robert M. Dalton, VP<br>600 Peachtree St., 10th Fl.<br>Atlanta, GA 30308 |
| **Secured Creditor**<br>Bank of America<br>[Mail Code: CA9-513-09-01]<br>Attn: Monirah J. Masud, SVP<br>55 S. Lake Ave<br>Pasadena, CA 91101-2627 | |

2291404.1

- 4 -