PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL STURTEVANT SBN 089395
ASSISTANT UNITED STATES TRUSTEE
RUSSELL CLEMENTSON, SBN 143284
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
725 South Figueroa Street, Suite 2600
Los Angeles, California 90017
Telephone: (213) 894-4505; Facsimile: (213) 894-2603
russell.clementson@usdoj.gov

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| EMAK WORLDWIDE, INC. and EMAK WORLDWIDE SERVICE, | Case No. 2:10-bk-42779-RN (Order for joint administration with 2:10-bk-42784-RN is pending) |
| Debtors. | NOTICE OF APPOINTMENT AND APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS |
| | (No Hearing Required) |

Pursuant to 11 U.S.C. Section 1102(a), the undersigned hereby appoints the following five (5) Creditors to serve on the Committee of Creditors holding unsecured claims effective August 30, 2010:

SEE EXHIBIT A ATTACHED

Dated: 8/31/10

PETER C. ANDERSON
United States Trustee

By _____
Jill Sturtevant
Assistant United States Trustee

EXHIBIT A

1 | In re: EMAK WORLDWIDE, INC.; 2:10-bk-42779-RN and EMAK WORLDWIDE SERVICE; 2:10-bk-42784-RN

2

3 | Donald Kurz
c/o Diamond Capital Ptrs.
4 | 2049 Century Park East, Suite 350
Los Angeles, CA 90067
5 | Telephone: (310) 432-8591
Facsimile: (310) 432-8576
6 | E-mail: dkurz@diamondcapitalpartners.com

7 | Bouchard Margules & Friedlander, P.A.
Attn: Joel Friedlander, Esq.
8 | 222 Delaware Ave., Suite 1400
Wilmington, DE 19801
9 | Telephone: (302) 573-3502
Facsimile: (302) 573-3501
10 | E-mail: jfriedlander@bmf-law.com

11 | Steven J. Vallen
18666 Ravenwood Drive
12 | Saratoga, CA 95070
Telephone: (408) 871-7282
13 | E-mail: stevevallen@gmail.com

14 | Luce, Forward, Hamilton & Scripps, LLP
Attn: John C. Kirkland, Partner
15 | 601 S. Figueroa Street, Suite 3900
Los Angeles, CA 90017
16 | Telephone: (213) 892-4907
Facsimile: (213) 452-8035
17 | E-mail: jkirkland@luce.com

18 | Michael Sanders
1281 Keats Street
19 | Manhattan Beach, CA 90266
Telephone: (310) 913-1392
20 | Facsimile: (413) 376-2941
E-mail: mikew.sanders@gmail.com
21

22

23

24 | ///

25 | ///

26

27

28

2

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

725 South Figueroa Street, Suite 2600, Los Angeles, California 90017-1574

A true and correct copy of the foregoing document described as: **NOTICE OF APPOINTMENT AND APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.   **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 1, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒   Service information continued on attached page

II.   **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **September 1, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒   Service information continued on attached page

III.   **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 1, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed. **Upon filing I will be giving a filed document to a Court delivery service consistent with our normal business practice, with instruction to deliver the copy to the chamber bin Outside Suite1652 for the Honorable Richard Neiter.**

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 1, 2010 | Stephanie Hill | *Stephanie Hill* |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

**F.9013-3.1.PROOF.OF.SERVICE**

3

## ADDITIONAL SERVICE INFORMATION

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Ron Bender    rb@lnbrb.com
- Russell Clementson    russell.clementson@usdoj.gov
- Daniel Denny    ddenny@gibsondunn.com
- Joseph A Eisenberg    jae@jmbm.com
- John-patrick M Fritz    jpf@lnbrb.com
- Irving M Gross    img@lnbrb.com, angela@lnbrb.com
- Kerri A Lyman    klyman@irell.com
- David L. Neale    dln@lnbrb.com
- Justin E Rawlins    jrawlins@winston.com, docketla@winston.com
- Jeffrey M. Reisner    jreisner@irell.com
- Jeffrey Rosenfeld    jeffrey.rosenfeld@bingham.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL:**

**DEBTOR'S:**

**EMAK Worldwide, Inc., a Delaware corporation**
6330 San Vicente Blvd
Los Angeles, CA 90048

**EMAK Worldwide Service Corp, a Delaware corporation**
6330 San Vicente Blvd
Los Angeles, CA 90048

**DEBTOR'S COUNSEL:**

**Jeffrey M. Reisner**
Irell & Manella LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660

**Kerri A Lyman**
Irell & Manella LLP
840 Newport Center Dr Ste 400
Newport Beach, CA 92660

**COMMITTEE OF CREDITOR'S**

Bingham McCutchen, LLP
Attn: Donald Kurz, Managing Director,
Diamond Capital Ptrs.
2049 Century Park East, Suite 350
Los Angeles, CA 90067

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    F.9013-3.1.PROOF.OF.SERVICE

Main Document    Page 5 of 5

## ADDITIONAL SERVICE INFORMATION

Bouchard Margules & Friedlander, P.A.
Attn: Joel Friedlander, Esq.
222 Delaware Ave., Suite 1400
Wilmington, DE  19801

Steven J Vallen
18666 Ravenwood Drive
Saratoga, CA  95070

Luce, Forward, Hamilton & Scripps, LLP
Attn: John C. Kirkland, Partner
601 S. Figueroa Street, Suite 3900
Los Angeles, CA  90071

Michael Sanders
1281 Keats Street
Manhattan Beach, CA  90266

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                                        F.9013-3.1.PROOF.OF.SERVICE

5