Jeffrey M. Reisner (State Bar No. 143715)
jreisner@irell.com
Michael H. Strub, Jr. (State Bar No. 153828)
mstrub@irell.com
Kerri A. Lyman  (State Bar No. 241615)
klyman@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone:  (949) 760-0991
Facsimile:   (949) 760-5200

**FILED & ENTERED**

**SEP 28 2010**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY mai        DEPUTY CLERK**

**CHANGES MADE BY COURT**

[Proposed] Attorneys for Debtors and Debtors-in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>☒ EMAK WORLDWIDE, INC., a Delaware corporation,<br><br>☒ EMAK WORLDWIDE SERVICE CORP., a Delaware corporation,<br><br>Debtors and Debtors-in-Possession. | Case No. 2:10-bk-42779-RN<br><br>Jointly Administered With:<br>Case No. 2:10-bk-42784-RN<br><br>Chapter 11<br><br>**ORDER GRANTING APPLICATION OF THE DEBTORS AND DEBTORS-IN-POSSESSION TO EMPLOY IRELL & MANELLA LLP AS REORGANIZATION COUNSEL**<br><br>[No Hearing Required – Local Bankruptcy Rule 2014-1(b)] |

Upon the review and consideration of the Application of the Debtors and Debtors-in-Possession to Employ Irell & Manella LLP as Reorganization Counsel; Memorandum of Points and Authorities; Declaration of Jeffrey M. Reisner in Support Thereof (the "Application") [Docket No. 54],  filed by EMAK Worldwide, Inc., a Delaware corporation ("EMAK") and EMAK Worldwide Service Corp., a Delaware corporation ("EMAK Service"), the jointly administered debtors and debtors-in-possession in the above-captioned chapter 11 cases (the "Debtors"), and the

#2300634.1

1 records, pleadings, and other documents on file in these cases; the Court having found that notice

2 of the Application was proper, and that no responses or objections to the Application have been

3 filed; and good cause appearing therefor,

4 **IT IS HEREBY ORDERED THAT:**

5     1. The Application is granted;

6     2. The Debtors are hereby authorized, pursuant to section 327 of the Bankruptcy Code

7 and Rule 2014(a) of the Federal Rules, to employ Irell & Manella LLP ("I&M") as their general

8 insolvency counsel, effective as of August 5, 2010, on the terms set forth in the Application and

9 the Engagement Agreements attached to the Application; and

10     3. I&M is hereby authorized to be compensated for its services rendered to, and

11 reimbursed for its costs incurred on behalf of the Debtors, on a monthly basis, as set forth in the

12 Application.

13     4. Notwithstanding the foregoing, nothing herein shall be deemed to constitute

14 approval of the hourly rates set forth in the application. I&M shall be entitled to a reasonable fee

15 for services rendered and reimbursement of reasonable expenses incurred as determined by this

16 court at the conclusion of this case pursuant to Bankruptcy Code section 330.

17                               # # #

DATED: September 28, 2010

_____
United States Bankruptcy Judge

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:  840 Newport Center Drive, Suite 400, Newport Beach, CA 92660-6324

The foregoing document described as [Proposed] **ORDER GRANTING APPLICATION OF THE DEBTORS AND DEBTORS-IN-POSSESSION TO EMPLOY IRELL & MANELLA LLP AS REORGANIZATION COUNSEL** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On September 9, 2010,  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On September 9, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 9, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

CAUSED TO BE SERVED VIA PERSONAL DELIVERY/MESSENGER
Chambers of Honorable Richard Neiter
Edward R. Roybal Federal Bldg., Courtroom 1645
255 E. Temple Street
Los Angeles, CA 90012

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/9/10 | Leslie Wolchuck | /s/ Leslie Wolchuck |
|--------|-----------------|---------------------|
| *Date* | *Type Name*     | *Signature*         |

- 3 -

SERVED VIA E-MAIL

- Russell Clementson    russell.clementson@usdoj.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

| | |
|---|---|
| In re:<br>EMAK WORLDWIDE, INC.<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 2:10-BK-42779 |

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING APPLICATION OF THE DEBTORS AND DEBTORS-IN-POSSESSION TO EMPLOY IRELL & MANELLA LLP AS REORGANIZATION COUNSEL** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of September 9, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☒ Service information continued on attached page

**SERVED VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Ron Bender     rb@lnbrb.com
- Russell Clementson     russell.clementson@usdoj.gov
- Daniel Denny     ddenny@gibsondunn.com
- Joseph A Eisenberg     jae@jmbm.com
- John-patrick M Fritz     jpf@lnbrb.com
- Irving M Gross     img@lnbrb.com, angela@lnbrb.com
- Kerri A Lyman     klyman@irell.com
- David L. Neale     dln@lnbrb.com
- Justin E Rawlins     jrawlins@winston.com, docketla@winston.com
- Jeffrey M. Reisner     jreisner@irell.com
- Jeffrey Rosenfeld     jeffrey.rosenfeld@bingham.com
- United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov

**SERVED VIA FIRST-CLASS MAIL**

| | |
|---|---|
| Debtors<br>EMAK Worldwide<br>Attn: Teresa Tormey<br>6330 San Vicente Blvd.<br>Los Angeles, CA 90048 | Office of the United States Trustee<br>Attn: Russell Clementson, Esq.<br>725 S. Figueroa Street, Suite 2600<br>Los Angeles, CA 90017 |