# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

Filer's Name: IRELL & MANELLA LLP          Atty Name (if applicable): Kerri A. Lyman

Street Address: 840 Newport Ctr. Dr, #400   CA Bar No. (if applicable): #241615

Newport Beach, CA 92660    Atty Fax No. (if applicable): (949) 760-5200

Filer's Telephone No.: (949) 760-0991

In re:
EMAK WORLDWIDE, INC.

Case No.: 2:10-bk-42779-RN

Chapter 7 ____  11 XX  13 ____

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?    Yes XX    No ____

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A ____  B ____  C ____  D ____  E ____  F XX  G ____  H ____  I ____  J ____

Statement of Social Security Number(s) ____    Statement of Financial Affairs ____

Statement of Intention ____    Other ____

**NOTE**: IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, Teresa L. Tormey, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: October 27, 2010

**FOR COURT USE ONLY**

Debtor Signature
By: Teresa L. Tormey, Secretary

Co-Debtor Signature

*SEE REVERSE SIDE**

B-1008 *Revised November 2003*

## EMAK WORLDWIDE, INC.

## AMENDED SCHEDULE F

## CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor's Name, Mailing Address Including Zip Code, and Account Number | Codebtor | Date Claim Was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so state | Contingent, Unliquidated, Disputed or Subject to Setoff | Amount of Claim |
|---|---|---|---|---|
| American Express<br>Attn Authorized Agent<br>PO Box 1<br>Los Angeles, CA 90096-8000 | | Trade Debt | | $11,010.41 |
| AMPCO Parking<br>Attn Authorized Agent<br>6330 San Vicente Blvd<br>Los Angeles, CA 90049 | | Trade Debt | | $4,415.36 |
| Aramark<br>Attn Authorized Agent<br>17044 Mantanero Ave, Unit #4<br>Carson, CA 90746 | | Trade Debt | | $40.00 |
| Ashby & Geddes<br>Attn Steve Jenkins Esq<br>500 Delaware Avenue<br>Wilmington, DE 19899 | | Legal Fees | | $404,172.76 |
| A.C. Verbruggen<br>c/o Bronsgeest Deur Advocaten<br>Attn: H.J. Wiarda<br>De Lairessestraat 137-143<br>1075 HJ Amsterdam<br>The Netherlands | | Employment Claim | DISPUTED | $638,300.00 |
| AT&T Wireless Services<br>Attn: Authorized Agent<br>PO Box 60017<br>Los Angeles, CA 90060 | | Trade Debt | | $327.70 |
| AT&T<br>Attn: Authorized Agent<br>PO Box 105068<br>Atlanta, GA 30348-5068 | | Trade Debt | | $32.86 |

2322385.1 01

| Creditor's Name, Mailing Address Including Zip Code, and Account Number | Codebtor | Date Claim Was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so state | Contingent, Unliquidated, Disputed or Subject to Setoff | Amount of Claim |
|---|---|---|---|---|
| AT&T<br>Attn: :Authorized Agent<br>PO Box 5901<br>Carol Stream, IL 60197-5019 | | Trade Debt | | $55,603.03 |
| AT&T<br>Attn: Authorized Agent<br>PO Box 13146<br>Newark, NJ 07101-5646 | | Trade Debt | | $1,220.49 |
| Bagel Broker Management<br>Attn Authorized Agent<br>7825 Beverly Blvd.<br>Los Angeles, CA 90036 | | Trade Debt | | $438.00 |
| Bouchard Margules & Friedlander<br>Attn: J. Friedlander, Esq.<br>222 Delaware Ave, Suite 1400<br>Wilmington, DE 19801 | | Interim Fee Award | DISPUTED | $2,500,000.00 |
| Broadridge Investor<br>Attn Authorized Agent<br>PO Box 416423<br>Boston, MA 02241-6423 | | Trade Debt | | $3,024.25 |
| Carpmaels & Ransford<br>Attn: Authorized Agent<br>43-45 Bloomsbury Squre<br>London WC1A 2RA | | Trade Debt | | $406.36 |
| Carthay Café Inc<br>Attn Authorized Agent<br>6310 San Vicente Blvd #106<br>Los Angeles, CA 90048 | | Trade Debt | | $97.88 |
| Carillo Foster LLC<br>Attn Authorized Agent<br>PO Box 8259<br>Pasadena, CA 91109 | | Security Deposit | DISPUTED | $75,000.00 |
| Carillo Foster LLC<br>Attn Authorized Agent<br>PO Box 8259<br>Pasadena, CA 91109 | | Rent | | $2,707.35 |

2322385.1 02

- 2 -

| Creditor's Name, Mailing Address Including Zip Code, and Account Number | Codebtor | Date Claim Was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so state | Contingent, Unliquidated, Disputed or Subject to Setoff | Amount of Claim |
|---|---|---|---|---|
| Continental Stock Transfer<br>Attn Authorized Agent<br>17 Battery Place<br>New York, NY 10004 | | Trade Debt | | $1,382.30 |
| CPA Global<br>Attn: Authorized Agent<br>Liberation House – Castle Street<br>St. Helier, Jersey JE1 1BL<br>Channel Islands | | Trade Debt | | $3,794.81 |
| Crown EMAK Partners, LLC<br>c/o Gibson,Dunn & Crutcher LLP<br>Attn Steve Talley Esq<br>1801 CA Street Suite 4200<br>Denver, CO 80202-2694<br><br>Gibson,Dunn & Crutcher LLP<br>Attn Steve Talley Esq<br>1801 CA Street Suite 4200<br>Denver, CO 80202-2694 | | Legal Fees | | $368,333.20 |
| Dell Marketing LP, c/o Dell USA<br>Attn Authorized Agent<br>PO Box 802816<br>Chicago, IL 60680-2816 | | Trade Debt | | $816.45 |
| Dish Network<br>Attn: Authorized Agent<br>9601 South Meridian Blvd.<br>Englewood, CO 80112 | | Trade Debt | | $109.48 |
| Donald A. Kurz<br>c/o Stephen C. Norman, Esq<br>Abigail M. LeGrow, Esq.<br>Potter Anderson & Corroon<br>1313 N. Market Street<br>Hercules Plaza, 6th Floor<br>Wilmington, DE 19899 | | Advancement, Indemnification | DISPUTED AND UNLIQUIDATED | $136,647.00 |

| Creditor's Name, Mailing Address Including Zip Code, and Account Number | Codebtor | Date Claim Was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so state | Contingent, Unliquidated, Disputed or Subject to Setoff | Amount of Claim |
|---|---|---|---|---|
| Donald A. Kurz<br>c/o Stephen C. Norman, Esq<br>Abigail M. LeGrow, Esq.<br>Potter Anderson & Corroon<br>1313 N. Market Street<br>Hercules Plaza, 6th Floor<br>Wilmington, DE 19899 | | Director Fees | | $6,250.00 |
| Dun & Bradstreet<br>Attn: Authorized Agent<br>PO Box 75434<br>Chicago, IL 606075 | | Trade Debt | | $70.23 |
| Economy Office Supply Co<br>Attn Authorized Agent<br>1725 Gardena Ave<br>Glendale, CA 91204 | | Trade Debt | | $288.20 |
| Exec U Care<br>Attn Authorized Agent<br>PO Box 40<br>Hills, Iowa 52235 | | Trade Debt | | $2,962.12 |
| Foley & Lardner LLP<br>Attn Authorized Agent<br>555 South Flower St., Ste. 3500<br>Los Angeles, CA 90071-2411 | | Trade Debt | | $533.00 |
| Hudson Capital Advisors LLCL/Roth Capital Partners<br>Attn: Bruce Ruben<br>9601 Wilshire Blvd, Penthouse<br>Beverly Hills, CA 90210 | | | DISPUTED | $150,000.00 |
| Innisfree M & A Incorporated<br>Attn: Authorized Agent<br>501 Madison Ave, 20th Fl.<br>New York, NY 10022 | | Trade Debt | | $30,221.88 |
| Insight Creative<br>Attn: Authorized Agent<br>9785 Drake Lane<br>Beverly Hills, CA 90210 | | Trade Debt | | $6,250.00 |
| IVS<br>Attn: Authorized Agent<br>1925 Lovering Avenue<br>Wilmington, DE 19806 | | Trade Debt | | $7,327.95 |

| Creditor's Name, Mailing Address Including Zip Code, and Account Number | Codebtor | Date Claim Was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so state | Contingent, Unliquidated, Disputed or Subject to Setoff | Amount of Claim |
|---|---|---|---|---|
| Jeff Deutschman<br>102 West 75th St Apt 66<br>New York, NY 10023 | | Trade Debt | | $10,044.02 |
| K & L Gates LLP<br>Attn: Authorized Agent<br>1900 Main Street, Ste 600<br>Irvine, CA 92614-7319 | | Legal Fees | | $2,192.00 |
| LATHAM & WATKINS<br>Attn Russ Sauer Esq<br>355 South Grand Avenue<br>Los Angeles CA 90071-1560 | | Legal Fees | | $352,756.73 |
| LM Financial Communications<br>Attn Authorized Agent<br>315-A Anita Street<br>Redondo Beach, CA 90278 | | Trade Debt | | $8,775.00 |
| Los Angeles County Tax<br>Attn: Authorized Agent<br>PO Box 54027<br>Los Angeles, CA 90054\ | | | | $15,719.37 |
| Mass Mutual<br>Attn Authorized Agent<br>4165 E Thousand Oaks Blvd #180<br>Westlake Village, CA 91362 | | Trade Debt | | $1,418.75 |
| Morris Nichols Arsht & Tunnell<br>Attn Ken Nachbar<br>1201 N. Market Street<br>Wilmington, DE 19899 | | Legal Fees | | $135,165.90 |
| OfficeTeam<br>Attn Authorized Agent<br>PO Box 60000<br>San Francisco, CA 94160—3484 | | Trade Debt | | $3,380.66 |
| Paul, Hastings, Janofsky, Walker LLP<br>Attn: Authorized Agent<br>515 South Flower Street<br>25th Floor<br>Los Angeles, CA 90071-2228 | | Legal Fees | | $14,684.73 |

- 6 -

| Creditor's Name, Mailing Address Including Zip Code, and Account Number | Codebtor | Date Claim Was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so state | Contingent, Unliquidated, Disputed or Subject to Setoff | Amount of Claim |
|---|---|---|---|---|
| Paetec Communications Inc.<br>Attn: Authorized Agent<br>PO Box 1283<br>Buffalo, NY 14240-1283 | | Trade Debt | | $2,651.40 |
| Rednor Group Ltd.<br>Attn Jordon Rednor<br>625 Avenue of the Americas, 2nd Fl.<br>NY, NY 10011-2020 | | Director Fees and Reimbursement | | $15,168.41 |
| Reed Smith LLP<br>Attn: Authorized Agent<br>PO Box 39000<br>San Francisco, CA 94139 | | Legal Fees | | $1,044.00 |
| Rendez-vous Flowers & Gifts<br>Attn: Authorized Agent<br>8100 West 3rd Street<br>Los Angeles, CA 90048 | | Trade Debt | | $195.60 |
| Robert Half Techonology<br>Attn Authorized Agent<br>205 N Michigan Ave, Ste. 3301<br>Chicago, IL 60601 | | Trade Debt | | $476.00 |
| Ropes & Gray LLP<br>Attn Thad Davis Esq.<br>One International Place<br>Boston, MA 02110-2624 | | Legal Fees | Subject to possible setoff | $644,144.50 |
| Speakeasy<br>Attn: Authorized Agent<br>PO Box 34654<br>Seattle, WA 98124-1654 | | Trade Debt | | $102.67 |
| Weber Distribution – IT #30<br>Attn: Authorized Agent<br>PO Box 79641<br>City of Industry, CA 91716-9641 | | Trade Debt | | $168.25 |

| Creditor's Name, Mailing Address Including Zip Code, and Account Number | Codebtor | Date Claim Was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so state | Contingent, Unliquidated, Disputed or Subject to Setoff | Amount of Claim |
|---|---|---|---|---|
| Wells Fargo Securities, LLC (as successor to Barrington Associates) c/o Michael Gold, Esq. 1900 Avenue of the Stars, 7th Floor Los Angeles, California 90067 | | Contingency Fees | DISPUTED | $1,000,000.00 |

## PROOF OF SERVICE

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

DATED: _October 28, 2010_

Print or Type Name  Lori Gauthier

Signature

(SEE ATTACHED MAILING LIST.)

B-1008 *Revised November 2003*

| | |
|---|---|
| American Express<br>Attn Authorized Agent<br>PO Box 1<br>Los Angeles, CA 90096-8000 | DEBTOR<br>EMAK Worldwide<br>Attn: Teresa Tormey<br>6330 San Vicente Blvd.<br>Los Angeles, CA 90048 |
| AMPCO Parking<br>Attn Authorized Agent<br>6330 San Vicente Blvd<br>Los Angeles, CA 90049 | Office of United States Trustee<br>Attn: Russell Clementson, Esq.<br>725 S. Figueroa Street, Suite 2600<br>Los Angeles, CA 90017-5413 |
| Aramark<br>Attn Authorized Agent<br>17044 Mantanero Ave, Unit #4<br>Carson, CA 90746 | Committee Counsel<br>Ron Bender, Esq/David Neale, Esq. and<br>Irv Gross, Esq/John-Patrick Fritz, Esq.<br>Levene, Neale, Bender, Yoo & Brill<br>10250 Constellation Blvd., Ste. 1700<br>Los Angeles, CA 90067 |
| Ashby & Geddes<br>Attn Steve Jenkins Esq<br>500 Delaware Avenue<br>Wilmington, DE 19899 | Bouchard Margules & Friedlander<br>Attn: J. Friedlander, Esq.<br>222 Delaware Ave, Suite 1400<br>Wilmington, DE 19801 |
| A.C. Verbruggen<br>c/o Bronsgeest Deur Advocaten<br>Attn: H.J. Wiarda<br>De Lairessestraat 137-143<br>1075 HJ Amsterdam<br>The Netherlands | Broadridge Investor<br>Attn Authorized Agent<br>PO Box 416423<br>Boston, MA 02241-6423 |
| AT&T Wireless Services<br>Attn: Authorized Agent<br>PO Box 60017<br>Los Angeles, CA 90060 | Carpmaels & Ransford<br>Attn: Authorized Agent<br>43-45 Bloomsbury Squre<br>London WC1A 2RA |
| AT&T<br>Attn: Authorized Agent<br>PO Box 105068<br>Atlanta, GA 30348-5068 | Carthay Café Inc<br>Attn Authorized Agent<br>6310 San Vicente Blvd #106<br>Los Angeles, CA 90048 |
| AT&T<br>Attn: Authorized Agent<br>PO Box 5901<br>Carol Stream, IL 60197-5019 | Carillo Foster LLC<br>Attn Authorized Agent<br>PO Box 8259<br>Pasadena, CA 91109 |
| AT&T<br>Attn: Authorized Agent<br>PO Box 13146<br>Newark, NJ 07101-5646 | Continental Stock Transfer<br>Attn Authorized Agent<br>17 Battery Place<br>New York, NY 10004 |

2329792.1 03

| | |
|---|---|
| Crown EMAK Partners, LLC<br>c/o Gibson,Dunn & Crutcher LLP<br>Attn Steve Talley Esq<br>1801 CA Street Suite 4200<br>Denver, CO 80202-2694 | Gibson,Dunn & Crutcher LLP<br>Attn Steve Talley Esq<br>1801 CA Street Suite 4200<br>Denver, CO 80202-2694 |
| Dell Marketing LP, c/o Dell USA<br>Attn Authorized Agent<br>PO Box 802816<br>Chicago, IL 60680-2816 | IVS<br>Attn: Authorized Agent<br>1925 Lovering Avenue<br>Wilmington, DE 19806 |
| Dish Network<br>Attn: Authorized Agent<br>9601 South Meridian Blvd.<br>Englewood, CO 80112 | Jeff Deutschman<br>102 West 75th St Apt 66<br>New York, NY 10023 |
| Donald A. Kurz<br>c/o Stephen C. Norman, Esq<br>Abigail M. LeGrow, Esq.<br>Potter Anderson & Corroon<br>1313 N. Market Street<br>Hercules Plaza, 6th Floor<br>Wilmington, DE 19899 | K & L Gates LLP<br>Attn: Authorized Agent<br>1900 Main Street, Ste 600<br>Irvine, CA 92614-7319 |
| Dun & Bradstreet<br>Attn: Authorized Agent<br>PO Box 75434<br>Chicago, IL 606075 | LATHAM & WATKINS<br>Attn Russ Sauer Esq<br>355 South Grand Avenue<br>Los Angeles CA 90071-1560 |
| Economy Office Supply Co<br>Attn Authorized Agent<br>1725 Gardena Ave<br>Glendale, CA 91204 | LM Financial Communications<br>Attn Authorized Agent<br>315-A Anita Street<br>Redondo Beach, CA 90278 |
| Exec U Care<br>Attn Authorized Agent<br>PO Box 40<br>Hills, Iowa 52235 | Los Angeles County Tax<br>Attn: Authorized Agent<br>PO Box 54027<br>Los Angeles, CA 90054\ |
| Foley & Lardner LLP<br>Attn Authorized Agent<br>555 South Flower St., Ste. 3500<br>Los Angeles, CA 90071-2411 | Mass Mutual<br>Attn Authorized Agent<br>4165 E Thousand Oaks Blvd #180<br>Westlake Village, CA 91362 |
| Hudson Capital Advisors<br>LLCL/Roth Capital Partners<br>Attn: Bruce Ruben<br>9601 Wilshire Blvd, Penthouse<br>Beverly Hills, CA 90210 | Morris Nichols Arsht & Tunnell<br>Attn Ken Nachbar<br>1201 N. Market Street<br>Wilmington, DE 19899 |

2329792.1 03

- 2 -

| | |
|---|---|
| Innisfree M & A Incorporated<br>Attn: Authorized Agent<br>501 Madison Ave, 20th Fl.<br>New York, NY 10022 | OfficeTeam<br>Attn Authorized Agent<br>PO Box 60000<br>San Francisco, CA 94160—3484 |
| Insight Creative<br>Attn: Authorized Agent<br>9785 Drake Lane<br>Beverly Hills, CA 90210 | Paul, Hastings, Janofsky, Walker<br>Attn: Authorized Agent<br>515 South Flower Street, 25th Fl.<br>Los Angeles, CA 90071-2228 |
| Paetec Communications Inc.<br>Attn: Authorized Agent<br>PO Box 1283<br>Buffalo, NY 14240-1283 | Rednor Group Ltd.<br>Attn Jordon Rednor<br>625 Ave of the Americas, 2nd Fl.<br>NY, NY 10011-2020 |
| Reed Smith LLP<br>Attn: Authorized Agent<br>PO Box 39000<br>San Francisco, CA 94139 | Rendez-vous Flowers & Gifts<br>Attn: Authorized Agent<br>8100 West 3rd Street<br>Los Angeles, CA 90048 |
| Robert Half Techonology<br>Attn Authorized Agent<br>205 N Michigan Ave, Ste. 3301<br>Chicago, IL 60601 | Ropes & Gray LLP<br>Attn Thad Davis Esq.<br>One International Place<br>Boston, MA 02110-2624 |
| Speakeasy<br>Attn: Authorized Agent<br>PO Box 34654<br>Seattle, WA 98124-1654 | Weber Distribution – IT #30<br>Attn: Authorized Agent<br>PO Box 79641<br>City of Industry, CA 91716-9641 |
| Wells Fargo Securities, LLC (as successor to Barrington Associates)<br>c/o Michael Gold, Esq.<br>1900 Ave of the Stars, 7th Floor<br>Los Angeles, California 90067 | Bagel Broker Management<br>Attn Authorized Agent<br>7825 Beverly Blvd.<br>Los Angeles, CA 90036 |
| CPA Global<br>Attn Authorized Agent<br>Liberation House – Castle Street<br>St. Helier, Jersey JE1 1BL<br>Channel Islands | |