Jeffrey M. Reisner (State Bar No. 143715)
jreisner@irell.com
Michael H. Strub, Jr. (State Bar No. 153828)
mstrub@irell.com
Kerri A. Lyman (State Bar No. 241615)
klyman@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Reorganization Counsel for the
Debtors and Debtors-in-Possession

**FILED & ENTERED**

**DEC 09 2010**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY jones    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

In re

☒ EMAK WORLDWIDE, INC.,
a Delaware corporation,

☒ EMAK WORLDWIDE SERVICE CORP., a
Delaware corporation,

    Debtors and Debtors-in-Possession.

Case No. 2:10-bk-42779-RN
[Jointly Administered with Case No.
2:10-bk-42784-RN]

Chapter 11

**ORDER APPROVING STIPULATION REGARDING DEBTORS' APPLICATION TO EMPLOY JOHN BRINCKO AND SITRICK BRINCKO GROUP LLC**

[No Hearing Required]

The Court having read and considered the "*Stipulation Regarding Debtors' Application to Employ John Brincko and Sitrick Brincko Group LLC*" (the "Stipulation") filed concurrently herewith [Docket No. 198], and finding good cause appearing therefor, it is hereby

/ / /

**ORDERED** that:

(1) The Stipulation is approved;

(2) EMAK Worldwide, Inc. ("EMAK") is hereby authorized to retain John Brincko ("Mr. Brincko") and Sitrick Brincko Group LLC ("Sitrick Brincko") pursuant to 11 U.S.C. §363, on the terms set forth in the Employment Application, except as modified herein.

(3) Sitrick Brincko shall assist Mr. Brincko with his duties as a member of the Board of Directors and as sole member of the Special Litigation Committee, including but not limited to, factual research and analysis regarding the various litigations. In addition, Sitrick Brincko shall provide the following services to EMAK during these chapter 11 cases:

    a. Assist EMAK's Chief Executive Officer ("CEO"), if required, in the development of and implementation of cash management strategies, tactics and processes;

    b. Review and update the 13-week cash flow forecast – including the analyzing and monitoring of actual performance and comparison to historical experience; as well as providing compliance (or non-compliance) certifications to any potential financier and assisting in the preparation of and review of all financial reporting required under any order authorizing debtor-in-possession financing entered in the Debtors' chapter 11 cases;

    c. Assist in the communication and/or negotiation with outside constituents including potential lenders, creditors and the Committee;

    d. Review current "write-off" policies, practices, and procedures; and recommend changes as necessary;

    e. Assist in the preparation and analysis of operating and financial budgets if required;

    f. As requested by the CEO, assist with the development of a business plan, and such other related forecasts to be utilized during negotiations with outside constituencies or by EMAK for other corporate purposes;

   g. Assist in the preparation of EMAK's financial forecasts and strategic plans, refining and implementing them along with identifying ay additional areas of potential improvement that are discovered;

   h. As requested by the CEO, analyze EMAK's current budget and short term capital needs;

   i. Provide reports to the Committee and/or Committee counsel on behalf of EMAK;

   j. As requested by the CEO, analyze whether the operating budgets are realistic and achievable;

   k. As requested by the CEO, help coordinate due diligence requests from the Committee and other interested parties;

   l. Update 13-week rolling cash flow analysis;

   m. Provide such other similar services as may be requested by the CEO or EMAK's Board of Directors

(collectively, the "Financial Services").

(4) Mr. Brincko shall not charge EMAK for the time he spends performing the review of the 13 week cash flow budgets, cash flow forecasts and annual budgets (although Sitrick Brincko will charge EMAK for the time spent by other professionals on an hourly basis).

(5) Sitrick Brincko shall work closely with EMAK to ensure that the Financial Services provided by Sitrick Brincko are not duplicative of the work done by EMAK internally or by other of EMAK's professionals.

(6) Neither Mr. Brincko or any employee or member of Sitrick Brincko shall serve as an officer of EMAK during the period of this retention.

(7) Mr. Brincko and Sitrick Brincko are hereby employed pursuant to Bankruptcy Code §363, rather than as a professional under Bankruptcy Code §327.

(8) Mr. Brincko and Sitrick Brincko shall not be required to submit fee applications pursuant to Bankruptcy Code §§330 and 331.

(9) Mr. Brincko and Sitrick Brincko shall file with the Court, and provide notice to the U.S. Trustee, the secured creditor(s) and all official committees, reports of compensation earned and expenses incurred on a monthly basis.

(10) All compensation and expenses are subject to review by the Court upon the filing of an objection or on the Court's own motion.

# # # #

DATED: December 9, 2010

_____
United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 840 Newport Center Drive, Suite 400, Newport Beach, CA 92660-6324

The foregoing document described as [Proposed] **ORDER APPROVING STIPULATION REGARDING DEBTORS' APPLICATION TO EMPLOY JOHN BRINCKO AND SITRICK BRINCKO GROUP LLC** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On November 30, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

SERVED VIA FIRST-CLASS MAIL:
Chambers of Honorable Richard Neiter
Edward R. Roybal Federal Bldg., Courtroom 1645
255 E. Temple Street
Los Angeles, CA 90012

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on November 30, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/30/10 | Lori Gauthier | /s/ Lori Gauthier |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

5

SERVED VIA E-MAIL

1
2
- David L. Neale     dln@lnbrb.com
3
- Russell Clementson     russell.clementson@usdoj.gov
4
- Debtor – EMAK – Tracy.Tormey@emak.com
5
- John P. Brincko – jpb@brincko.com
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SERVED VIA E-MAIL

| In re:<br>EMAK WORLDWIDE, INC.<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 2:10-bk-42779 |
|---|---|

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER APPROVING STIPULATION REGARDING DEBTORS' APPLICATION TO EMPLOY JOHN BRINCKO AND SITRICK BRINCKO GROUP LLC** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☒ Service information continued on attached page

7

Case 2:10-bk-42779-RN    Doc 209    Filed 12/09/10    Entered 12/09/10 15:16:41    Desc
Main Document    Page 8 of 8

**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**

- Ron Bender    rb@lnbrb.com
- Russell Clementson    russell.clementson@usdoj.gov
- Daniel Denny    ddenny@gibsondunn.com
- Joseph A Eisenberg    jae@jmbm.com
- John-patrick M Fritz    jpf@lnbrb.com
- Oscar Garza    ogarza@gibsondunn.com
- Michael I Gottfried    mgottfried@lgbfirm.com, msaldana@lgbfirm.com
- Irving M Gross    img@lnbrb.com, angela@lnbrb.com
- Joshua Holt    josh.holt@bingham.com
- Kerri A Lyman    klyman@irell.com
- David L. Neale    dln@lnbrb.com
- Lisa N Nobles    LNobles@LGBFirm.com, MSaldana@LGBFirm.com
- Justin E Rawlins    jrawlins@winston.com, docketla@winston.com
- Jeffrey M. Reisner    jreisner@irell.com
- Jeffrey Rosenfeld    jeffrey.rosenfeld@bingham.com
- Mark M Sharf    mark@forbankruptcy.com, msharf00@gmail.com
- Michael K Sugar    msugar@irell.com
- Rocky C Tsai    rocky.tsai@ropesgray.com, thad.davis@ropesgray.com;james.wilton@ropesgray.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Pamela Kohlman Webster    pwebster@buchalter.com

**TO BE SERVED BY LODGING PARTY VIA E-MAIL:**

Debtor – EMAK – Tracy.Tormey@emak.com

John P. Brincko – jpb@brincko.com