Jeffrey M. Reisner (State Bar No. 143715)
jreisner@irell.com
Michael H. Strub, Jr. (State Bar No. 153828)
mstrub@irell.com
Kerri A. Lyman (State Bar No. 241615)
klyman@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Attorneys for Debtors and Debtors-in Possession

FILED & ENTERED

DEC 09 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mai        DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>☒ EMAK WORLDWIDE, INC., a Delaware corporation,<br><br>☒ EMAK WORLDWIDE SERVICE CORP., a Delaware corporation,<br><br>　　　　　Debtors and Debtors-in-Possession. | Case No. 2:10-bk-42779-RN<br><br>Jointly Administered With:<br>Case No. 2:10-bk-42784-RN<br><br>Chapter 11<br><br>**ORDER GRANTING APPLICATION FOR AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF BUCHALTER NEMER, A PROFESSIONAL CORPORATION, AS SPECIAL COUNSEL TO THE SPECIAL LITIGATION COMMITTEE OF THE BOARD OF DIRECTORS OF EMAK WORLDWIDE, INC.**<br><br>[No Hearing Required – Local Bankruptcy Rule 2014-1(b)] |

　　　　　Upon the review and consideration of the Application of the Debtors and Debtors-in-Possession for an Order Authorizing the Retention and Employment of Buchalter Nemer, a Professional Corporation, as Special Counsel to the Special Litigation Committee of the Board of Directors of EMAK Worldwide, Inc. (the "Application") [Docket No. 178], filed by EMAK Worldwide, Inc., a Delaware corporation ("EMAK") and EMAK Worldwide Service Corp., a Delaware corporation ("EMAK Service"), the jointly administered debtors and debtors-in-

#2346869.1

1 possession in the above-captioned chapter 11 cases (the "Debtors"), and the records, pleadings, and other documents on file in these cases; the Court having found that notice of the Application was proper, and that no responses or objections to the Application have been filed; and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted;

2. The Debtors are hereby authorized to retain and employ Buchalter Nemer, a Professional Corporation, effective as of October 29, 2010, in accordance with the terms of the Application.

# # #

DATED: December 9, 2010

United States Bankruptcy Judge

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 840 Newport Center Drive, Suite 400, Newport Beach, CA 92660-6324

The foregoing document described as [Proposed] **ORDER GRANTING APPLICATION FOR AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF BUCHALTER NEMER, A PROFESSIONAL CORPORATION, AS SPECIAL COUNSEL TO THE SPECIAL LITIGATION COMMITTEE OF THE BOARD OF DIRECTORS OF EMAK WORLDWIDE, INC.** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On December 1, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

SERVED VIA FIRST-CLASS MAIL:
Chambers of Honorable Richard Neiter
Edward R. Roybal Federal Bldg., Courtroom 1645
255 E. Temple Street
Los Angeles, CA 90012

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on December 1, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/1/10 | Lori Gauthier | /s/ Lori Gauthier |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

- 3 -

SERVED VIA E-MAIL

- Ron Bender    rb@lnbrb.com
- Russell Clementson    russell.clementson@usdoj.gov
- Daniel Denny    ddenny@gibsondunn.com
- Joseph A Eisenberg    jae@jmbm.com
- John-patrick M Fritz    jpf@lnbrb.com
- Oscar Garza    ogarza@gibsondunn.com
- Michael I Gottfried    mgottfried@lgbfirm.com, msaldana@lgbfirm.com
- Irving M Gross    img@lnbrb.com, angela@lnbrb.com
- Joshua Holt    josh.holt@bingham.com
- Kerri A Lyman    klyman@irell.com
- David L. Neale    dln@lnbrb.com
- Lisa N Nobles    LNobles@LGBFirm.com, MSaldana@LGBFirm.com
- Justin E Rawlins    jrawlins@winston.com, docketla@winston.com
- Jeffrey M. Reisner    jreisner@irell.com
- Jeffrey Rosenfeld    jeffrey.rosenfeld@bingham.com
- Mark M Sharf    mark@forbankruptcy.com, msharf00@gmail.com
- Michael K Sugar    msugar@irell.com
- Rocky C Tsai    rocky.tsai@ropesgray.com, thad.davis@ropesgray.com;james.wilton@ropesgray.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Pamela Kohlman Webster    pwebster@buchalter.com

- Debtor – EMAK –  Tracy.Tormey@emak.com

- John P. Brincko - jpb@brincko.com

| In re:<br>EMAK WORLDWIDE, INC.<br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 2:10-BK-42779 |
|---|---|

### NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING APPLICATION FOR AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF BUCHALTER NEMER, A PROFESSIONAL CORPORATION, AS SPECIAL COUNSEL TO THE SPECIAL LITIGATION COMMITTEE OF THE BOARD OF DIRECTORS OF EMAK WORLDWIDE, INC** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of December ____, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☒ Service information continued on attached page

**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**

- Ron Bender    rb@lnbrb.com
- Russell Clementson    russell.clementson@usdoj.gov
- Daniel Denny    ddenny@gibsondunn.com
- Joseph A Eisenberg    jae@jmbm.com
- John-patrick M Fritz    jpf@lnbrb.com
- Oscar Garza    ogarza@gibsondunn.com
- Michael I Gottfried    mgottfried@lgbfirm.com, msaldana@lgbfirm.com
- Irving M Gross    img@lnbrb.com, angela@lnbrb.com
- Joshua Holt    josh.holt@bingham.com
- Kerri A Lyman    klyman@irell.com
- David L. Neale    dln@lnbrb.com
- Lisa N Nobles    LNobles@LGBFirm.com, MSaldana@LGBFirm.com
- Justin E Rawlins    jrawlins@winston.com, docketla@winston.com
- Jeffrey M. Reisner    jreisner@irell.com
- Jeffrey Rosenfeld    jeffrey.rosenfeld@bingham.com
- Mark M Sharf    mark@forbankruptcy.com, msharf00@gmail.com
- Michael K Sugar    msugar@irell.com
- Rocky C Tsai    rocky.tsai@ropesgray.com, thad.davis@ropesgray.com;james.wilton@ropesgray.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Pamela Kohlman Webster    pwebster@buchalter.com

**TO BE SERVED BY LODGING PARTY VIA E-MAIL:**

- Debtor – EMAK – Tracy.Tormey@emak.com
- John P. Brincko - jpb@brincko.com