# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

Filer's Name: <u>Irell & Manella LLP</u>    Atty Name (if applicable): <u>Michael K. Sugar</u>

Street Address: <u>840 Newport Center Dr., #400</u>    CA Bar No. (if applicable): <u>262092</u>

<u>Newport Beach, CA 92600</u>    Atty Fax No. (if applicable): <u>949.760.5200</u>

Filer's Telephone No.: <u>949.760.0991</u>

| In re: | Case No.: <u>2:10-bk-42779-RN</u> |
|---|---|
| EMAK Worldwide, Inc. | Chapter 7 _____ 11 _XX_ 13 _____ |

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?        Yes _XX_        No _____

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A ____  B ____  C ____  D _XX_  E _XX_  F _XX_  G ____  H ____  I ____  J ____

Statement of Social Security Number(s) ____    Statement of Financial Affairs ____

Statement of Intention ____    Other ____

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, <u>Teresa L. Tormey</u>, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: <u>December 23, 2010</u>

**\*\*FOR COURT USE ONLY\*\***

_Debtor Signature_
By: Teresa L. Tormey, Secretary

_Co-Debtor Signature_

**\*SEE REVERSE SIDE\*\***

B-1008 _Revised November 2003_

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

## Central District of California

In re  EMAK Worldwide Inc. _____,  Case No.  2:10-bk-42779-RN
_____
Debtor

Chapter  11 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | | | $ 0.00 | | |
| B - Personal Property | | | $ 4392115.27 | | |
| C - Property Claimed as Exempt | | | | | |
| D - Creditors Holding Secured Claims | | | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | | | | $ 1136133.80 | |
| F - Creditors Holding Unsecured Nonpriority Claims | | | | $ 6924009.85 | |
| G - Executory Contracts and Unexpired Leases | | | | | |
| H - Codebtors | | | | | |
| I - Current Income of Individual Debtor(s) | | | | | $ |
| J - Current Expenditures of Individual Debtors(s) | | | | | $ |
| TOTAL | | | $ 4392115.27 | $ 8060143.65 | |

B 6D (Official Form 6D) (12/07)

In re  EMAK Worldwide, Inc.                    ,        Case No.  2:10-bk-42779-RN
                        **Debtor**                                                              **(If known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable.  If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).  If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors.  If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule.  Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| Flat Iron Capital Attn: Authorized Agent 950 17th St., Ste 1300 Denver, CO 80202 | | | Security interest in insurance policies | | | | 0.00 | 0.00 |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | | | | | | |
| | | | VALUE $ | | | | | |
| ____ continuation sheets attached | | | Subtotal ▶ (Total of this page) | | | | $                0.00 | $                0.00 |
| | | | Total ▶ (Use only on last page) | | | | $                0.00 | $                0.00 |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B 6E (Official Form 6E) (04/10) -- Cont.

In re   EMAK Worldwide, Inc.                          ,        Case No.   2:10-bk-42779-RN
                    **Debtor**                                              (if known)

# SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Internal Revenue Service<br>Attn: Authorized Agent<br>PO Box 21126<br>Philadelphia, PA 19114 | | | FOR NOTICE PURPOSES | | | | | | |
| Account No.<br><br>Franchise Tax Board<br>Bankruptcy Unit<br>PO Box 2952<br>Sacramento, CA 95812 | | | FOR NOTICE PURPOSES | | | | | | |
| Account No.<br><br>Employment Dev. Dept.<br>Bankr. Group MIC 92E<br>PO Box 826880<br>Sacramento, CA 94280 | | | FOR NOTICE PURPOSES | | | | | | |
| Account No.<br><br>Securities & Exchange Commission<br>5670 Wilshire Blvd 11th Fl.<br>Los Angeles, CA 90036 | | | FOR NOTICE PURPOSES | | | | | | |

Sheet no. 1 of 6 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶ (Totals of this page)

| | | |
|---|---|---|
| $ 0.00 | $ 0.00 | 0.00 |

Total▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

$

Totals▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

$        $

B 6E (Official Form 6E) (04/10) – Cont.

In re __EMAK Worldwide, Inc._____ ,    Case No. __2:10-bk-42779-RN_____
                  **Debtor**                                                               (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>City of Los Angeles<br>Attn: Authorized Agent<br>File 57065<br>Los Angeles, CA 90074 | | | Taxes | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Sheet no. _2_ of _6_ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | Subtotals▶<br>(Totals of this page) | | | | $ 0.00 | $ 0.00 | 0.00 |
| | | | Total▶<br>(Use only on last page of the completed Schedule E.  Report also on the Summary of Schedules.) | | | | $ | | |
| | | | Totals▶<br>(Use only on last page of the completed Schedule E.  If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | $ | $ |

B 6E (Official Form 6E) (04/10) – Cont.

In re __EMAK WORLDWIDE INC_____,  Case No. __2:10-bk-42779 RN_____
         Debtor                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Elena (Ellen) Francisco<br>17522 Grayland Ave<br>Artesia, CA 90701 | X | | Severance<br>Vacation | | | | 70,581.20 | 11,725.00 | 58,856.20 |
| Account No.<br><br>Mui Klein<br>1716 Havemeyer Lane<br>Redondo Beach, CA 90278 | X | | Severance<br>Vacation | | | | 115,952.34 | 11,725.00 | 104,227.34 |
| Account No.<br><br>Rusola Atienza<br>12807 Chandler Blvd<br>Valley Village, CA 91607 | X | | Severance<br>Vacation | | | | 8,307.69 | 8,307.69 | |
| Account No.<br><br>Jose Figueroa<br>1508 Sinaloa Ave<br>Pasadena, CA 91104 | X | | Severance<br>Vacation | | | | 63,767.38 | 11,725.00 | 52,042.38 |

Sheet no. _3_ of _6_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals▶<br>(Totals of this page) | $ 258,608.61 | $ 43,482.69 | 215,125.90 |
| Total▶<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Totals▶<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

B 6E (Official Form 6E) (04/10) – Cont.

In re    EMAK WORLDWIDE INC                          ,    Case No.  2:10-bk-42779 RN
              Debtor                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br> Duane Johnson <br> 3166 Butler Ave <br> Los Angeles, CA 90066 | X | | Consulting Fees, Severance | | | | 171,100.00 | 11,725.00 | 159,375.00 |
| Account No. <br> Michael Sanders <br> 1281 Keats Street <br> Manhattan Beach, CA 90266 | X | | Consulting Fees, Severance | | | | 186,766.56 | 11,725.00 | 175,041.56 |
| Account No. <br> Teresa Tormey <br> 13700 Marina Pointe Dr. <br> Suite 1214 <br> Marina del Rey, CA 90292 | X | | Consulting Fees, Severance | | | | 297,200.00 | 11,725.00 | 285,475.00 |
| Account No. <br> Dorothy DeSilva <br> 6186 Mesa Ave <br> Los Angeles, CA 90042 | | | Severance, vacation | | | | 4,225.00 | 4,225.00 | 0.00 |

Sheet no. 4 of 6 continuation sheets attached to Schedule
of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals▶ (Totals of this page) | $ 659,291.56 | $ 39,400.00 | 619,891.50 |
| Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

B 6E (Official Form 6E) (04/10) — Cont.

In re   EMAK WORLDWIDE INC                    ,    Case No.   2:10-bk-42779 RN
_____        _____
              Debtor                                          (if known)

# SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Patrick Hanrahan <br> 1783 Rose Villa <br> Pasadena, CA 91106-3565 | X | | Severance <br> Vacation | | | | 13,984.62 | 11,725.00 | 2,259.62 |
| Account No. <br><br> Christie Monacos <br> 426 E. Marigold St. <br> Altadena, CA 91001 | X | | Severance <br> Vacation | | | | 18,207.69 | 11,725.00 | 6,482.69 |
| Account No. <br><br> Martha Roberts <br> 15650 Meadow Dr. <br> Canyon Country, CA 91387 | X | | Severance <br> Vacation | | | | 18,499.04 | 11,725.00 | 6,774.04 |
| Account No. <br><br> Roy Dar <br> 6470 Gaynor Avenue <br> Van Nuys, CA 91406 | X | | Consulting Fees, <br> Severance | | | | 159,850.00 | 11,725.00 | 148,125.00 |

Sheet no. _5_ of _6_ continuation  sheets attached to Schedule
of Creditors Holding Priority Claims

Subtotals▶
(Totals of this page)

| | | |
|---|---|---|
| $ 210,541.35 | $ 46,900.00 | 163,641.30 |

Total▶
(Use only on last page of the completed
Schedule E.  Report also on the Summary
of Schedules.)

$

Totals▶
(Use only on last page of the completed
Schedule E.  If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)

$                     $

B 6E (Official Form 6E) (04/10) – Cont.

In re __EMAK WORLDWIDE INC_____,    Case No. __2:10-bk-42779 RN_____
                     Debtor                                                        (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> James L. Holbrook <br> c/o EMAK Worldwide, Inc. <br> 6330 San Vicente Blvd. <br> Los Angeles, CA 90048 | X | | Compensation | | | | 7,692.28 | 7,692.28 | 0.00 |
| Account No. <br><br> | | | | | | | | | |
| Account No. <br><br> | | | | | | | | | |
| Account No. <br><br> | | | | | | | | | |
| Sheet no. _6_ of _6_ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | Subtotals▶ (Totals of this page) | | | | $ 7,692.28 | $ 7,692.28 | 0.00 |
| | | | Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | | $ 1,136,133.80 | | |
| | | | Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | $ 137,474.97 | $ 998,658.70 |

# EMAK WORLDWIDE, INC.

## AMENDED SCHEDULE F

## CREDITORS HOLDING AMENDED NON-PRIORITY CLAIMS

| Creditor's Name, Mailing Address Including Zip Code, and Account Number | Codebtor | Date Claim Was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so state | Contingent, Unliquidated, Disputed or Subject to Setoff | Amount of Claim |
|---|---|---|---|---|
| American Express<br>Attn Authorized Agent<br>PO Box 1<br>Los Angeles, CA 90096-8000 | | Trade Debt | | $14,762.36 |
| AMPCO Parking<br>Attn Authorized Agent<br>6330 San Vicente Blvd<br>Los Angeles, CA 90049 | | Trade Debt | | $2,860.05 |
| Aramark<br>Attn Authorized Agent<br>17044 Mantanero Ave, Unit #4<br>Carson, CA 90746 | | Trade Debt | | $40.00 |
| Ashby & Geddes<br>Attn Steve Jenkins Esq<br>500 Delaware Avenue<br>Wilmington, DE 19899 | | Legal Fees | | $458,740.64 |
| A.C. Verbruggen<br>c/o Bronsgeest Deur Advocaten<br>Attn: H.J. Wiarda<br>De Lairessestraat 137-143<br>1075 HJ Amsterdam<br>The Netherlands | | Employment Claim | DISPUTED | $638,300.00 |
| AT&T Wireless Services<br>Attn: Authorized Agent<br>PO Box 60017<br>Los Angeles, CA 90060 | | Trade Debt | | $327.70 |

| | | | | |
|---|---|---|---|---|
| AT&T<br>Attn: Authorized Agent<br>PO Box 105068<br>Atlanta, GA 30348-5068 | | Trade Debt | | $32.86 |
| AT&T<br>Attn: :Authorized Agent<br>PO Box 5901<br>Carol Stream, IL 60197-5019 | | Trade Debt | | $61,485.95 |
| AT&T<br>Attn: Authorized Agent<br>PO Box 13146<br>Newark, NJ 07101-5646 | | Trade Debt | | $568.95 |
| Bagel Broker Management<br>Attn Authorized Agent<br>7825 Beverly Blvd.<br>Los Angeles, CA 90036 | | Trade Debt | | $0.00 |
| Bouchard Margules & Friedlander<br>Attn: J. Friedlander, Esq.<br>222 Delaware Ave, Suite 1400<br>Wilmington, DE 19801 | | Interim Fee Award | DISPUTED | $2,500,000.00 |
| Broadridge Investor<br>Attn Authorized Agent<br>PO Box 416423<br>Boston, MA 02241-6423 | | Trade Debt | | $3,024.25 |
| Carpmaels & Ransford<br>Attn: Authorized Agent<br>43-45 Bloomsbury Squre<br>London WC1A 2RA | | Legal Fees | | $0.00 |
| Carthay Café Inc<br>Attn Authorized Agent<br>6310 San Vicente Blvd #106<br>Los Angeles, CA 90048 | | Trade Debt | | $97.88 |
| Carillo Foster LLC<br>Attn Authorized Agent<br>PO Box 8259<br>Pasadena, CA 91109 | | Security Deposit | DISPUTED | $75,000.00 |

| | | | | |
|---|---|---|---|---|
| Carillo Foster LLC<br>Attn Authorized Agent<br>PO Box 8259<br>Pasadena, CA 91109 | | Rent | DISPUTED | $2,707.35 |
| Continental Stock Transfer<br>Attn Authorized Agent<br>17 Battery Place<br>New York, NY 10004 | | Trade Debt | | $1,382.30 |
| CPA Global<br>Attn: Authorized Agent<br>Liberation House – Castle Street<br>St. Helier, Jersey JE1 1BL<br>Channel Islands | | Trade Debt | | $0.00 |
| Crown EMAK Partners, LLC<br>c/o Gibson,Dunn & Crutcher LLP<br>Attn Steve Talley Esq<br>1801 CA Street Suite 4200<br>Denver, CO 80202-2694<br><br>Gibson,Dunn & Crutcher LLP<br>Attn Steve Talley Esq<br>1801 CA Street Suite 4200<br>Denver, CO 80202-2694 | | Legal Fees | | $487,332.97 |
| Dell Marketing LP, c/o Dell USA<br>Attn Authorized Agent<br>PO Box 802816<br>Chicago, IL 60680-2816 | | Trade Debt | | $0.00 |
| Dish Network<br>Attn: Authorized Agent<br>9601 South Meridian Blvd.<br>Englewood, CO 80112 | | Trade Debt | | $109.48 |

| | | | | |
|---|---|---|---|---|
| Donald A. Kurz<br>c/o Stephen C. Norman, Esq<br>Abigail M. LeGrow, Esq.<br>Potter Anderson & Corroon<br>1313 N. Market Street<br>Hercules Plaza, 6th Floor<br>Wilmington, DE 19899 | | Advancement,<br>Indemnification | DISPUTED AND<br>UNLIQUIDATED | $136,647.00 |
| Rednor Group Ltd<br>Attn: Jordan Rednor<br>625 Ave of the Americas, 2nd<br>Floor<br>New York, NY 10011 | | Director Fees and<br>reimbursement | | $23,058.82 |
| Donald A. Kurz<br>c/o Stephen C. Norman, Esq<br>Abigail M. LeGrow, Esq.<br>Potter Anderson & Corroon<br>1313 N. Market Street<br>Hercules Plaza, 6th Floor<br>Wilmington, DE 19899 | | Director Fees | | $6,250.00 |
| Dun & Bradstreet<br>Attn: Authorized Agent<br>PO Box 75434<br>Chicago, IL 606075 | | Trade Debt | | $70.23 |
| Economy Office Supply Co<br>Attn Authorized Agent<br>1725 Gardena Ave<br>Glendale, CA 91204 | | Trade Debt | | $288.20 |
| Exec U Care<br>Attn Authorized Agent<br>PO Box 40<br>Hills, Iowa 52235 | | Trade Debt | | $2,962.12 |
| Foley & Lardner LLP<br>Attn Authorized Agent<br>555 South Flower St., Ste. 3500<br>Los Angeles, CA 90071-2411 | | Legal Fees | | $533.00 |
| Gallo and Associates<br>Attn Authorized Agent<br>1101 5th Avenue, Suite 205<br>San Rafael, CA 94901 | | Legal Fees | | 36,279.00 |

| | | | | |
|---|---|---|---|---|
| Hudson Capital Advisors LLCL/Roth Capital Partners Attn: Bruce Ruben 9601 Wilshire Blvd, Penthouse Beverly Hills, CA 90210 | | Trade Debt | DISPUTED | $150,000.00 |
| Innisfree M & A Incorporated Attn: Authorized Agent 501 Madison Ave, 20th Fl. New York, NY 10022 | | Trade Debt | DISPUTED | $30,221.88 |
| IVS Attn: Authorized Agent 1925 Lovering Avenue Wilmington, DE 19806 | | Trade Debt | | $7,327.95 |
| Jeff Deutschman 102 West 75th St Apt 66 New York, NY 10023 | | Director Fees and reimbursement | | $10,044.02 |
| K & L Gates LLP Attn: Authorized Agent 1900 Main Street, Ste 600 Irvine, CA 92614-7319 | | Legal Fees | | $2,192.00 |
| LATHAM & WATKINS Attn Russ Sauer Esq 355 South Grand Avenue Los Angeles CA 90071-1560 | | Legal Fees | | $352,756.73 |
| LM Financial Communications Attn Authorized Agent 315-A Anita Street Redondo Beach, CA 90278 | | Trade Debt | | $8,775.00 |
| Los Angeles County Tax Attn: Authorized Agent PO Box 54027 Los Angeles, CA 90054 | | | | $0.00 |
| Loyens Loeff Attn: Authorized Agent Postbus 71170 1008 DB Amsterdam The Netherlands | | Legal Fees | | 7,564.16 |

| | | | | |
|---|---|---|---|---|
| Mass Mutual<br>Attn Authorized Agent<br>4165 E Thousand Oaks Blvd #180<br>Westlake Village, CA 91362 | | Trade Debt | | $1,418.75 |
| Morris Nichols Arsht & Tunnell<br>Attn Ken Nachbar<br>1201 N. Market Street<br>Wilmington, DE 19899 | | Legal Fees | | $214,688.81 |
| OfficeTeam<br>Attn Authorized Agent<br>PO Box 60000<br>San Francisco, CA 94160—3484 | | Trade Debt | | $3,380.66 |
| Paul, Hastings, Janofsky, Walker<br>LLP<br>Attn: Authorized Agent<br>515 South Flower Street<br>25th Floor<br>Los Angeles, CA 90071-2228 | | Legal Fees | | $14,684.73 |
| Paetec Communications Inc.<br>Attn: Authorized Agent<br>PO Box 1283<br>Buffalo, NY 14240-1283 | | Trade Debt | | $2,651.40 |
| Reed Smith LLP<br>Attn: Authorized Agent<br>PO Box 39000<br>San Francisco, CA 94139 | | Legal Fees | | $1,276.00 |
| Rendez-vous Flowers & Gifts<br>Attn: Authorized Agent<br>8100 West 3rd Street<br>Los Angeles, CA 90048 | | Trade Debt | | $195.60 |
| Robert Half Techonology<br>Attn Authorized Agent<br>205 N Michigan Ave, Ste. 3301<br>Chicago, IL 60601 | | Trade Debt | | $1,383.38 |
| Ropes & Gray LLP<br>Attn Thad Davis Esq.<br>One International Place<br>Boston, MA 02110-2624 | | Legal Fees | Subject to possible setoff | $656,235.00 |

| | | | |
|---|---|---|---|
| Speakeasy<br>Attn: Authorized Agent<br>PO Box 34654<br>Seattle, WA 98124-1654 | Trade Debt | | $102.67 |
| Weber Distribution -- IT #30<br>Attn: Authorized Agent<br>PO Box 79641<br>City of Industry, CA 91716-9641 | Trade Debt | | $0.00 |
| Wells Fargo Securities, LLC (as successor to Barrington Associates)<br>c/o Michael Gold, Esq.<br>1900 Avenue of the Stars,<br>7th Floor<br>Los Angeles, California 90067 | Contingency Fees | DISPUTED | $1,000,000.00 |

## PROOF OF SERVICE

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

DATED:  December 23, 2010          Michele Madison Robles
                                   Print or Type Name

                                   _____
                                   Signature

(SEE ATTACHED MAILING LIST.)

B-1008 *Revised November 2003*

American Express
Attn: Authorized Agent
P.O. Box 1
Los Angeles, CA 90096-8000

AMPCO Parking
Attn: Authorized Agent
6330 San Vicente Blvd.
Los Angeles, CA 90049

Aramark
Attn: Authorized Agent
17044 Mantanero Avenue, Unit #4
Carson, CA 90746

Ashby & Geddes
Attn: Steve Jenkins, Esq.
500 Delaware Avenue
Wilmington, DE 19899

A.C. Verbruggen
c/o Bronsgeest Deur Advocaten
Attn: H. J. Wiarda
De Lairessestraat 137-143
1075 HJ Amsterdam
The Netherlands

AT&T Wireless
Attn: Authorized Agent
P.O. Box 60017
Los Angeles, CA 90060

AT&T
Attn: Authorized Agent
P.O. Box 105068
Atlanta, GA 30348-5068

AT&T
Attn: Authorized Agent
P.O. Box 5901
Carol Stream, IL 60197-5019

AT&T
Attn: Authorized Agent
P.O. Box 13146
Newark, NJ 07101-5646

DEBTOR
EMAK Worldwide, Inc.
6330 San Vicente Blvd.
Los Angeles, CA 90048-5425

Office of United States Trustee
Attn: Russell Clementson, Esq.
725 S. Figueroa Street, Suite 2600
Los Angeles, CA 90017

Committee Counsel
Ron Bender, Esq./David Neale, Esq. and
Irv Gross, Esq./John-Patrick Fritz, Esq.
Levene, Neale, Bender, Yoo & Brill
10250 Constellation Blvd., Suite 1700
Los Angeles, CA 90067

Bouchard Margules & Friedlander
Attn: J. Friedlander, Esq.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

Broadridge Investor
Attn: Authorized Agent
P.O. Box 416423
Boston, MA 02241-6423

Carpmaels & Ransford
Attn: Authorized Agent
43-45 Bloomsbury Square
London WC1A 2RA
England

Carthay Café, Inc.
Attn: Authorized Agent
6310 San Vicente Blvd., #106
Los Angeles, CA 90048

Carillo Foster LLC
Attn: Authorized Agent
P.O. Box 8259
Pasadena, CA 91109

Continental Stock Transfer
Attn: Authorized Agent
17 Battery Place
New York, NY 10004

Crown EMAK Partners, LLC
c/o Gibson, Dunn & Crutcher LLP
Attn: Steve Talley, Esq.
1801 CA Street, Suite 4200
Denver, CO 80202-2694

Dell Marketing LP, c/o Dell USA
Attn: Authorized Agent
P.O. Box 802816
Chicago, IL 60680-2816

Dish Network
Attn: Authorized Agent
9601 South Meridian Blvd.
Englewood, CO 80112

Donald A. Kurz
c/o Stephen C. Norman, Esq.
Abigail M. LeGrow, Esq.
Potter Anderson & Corroon
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19899

Dun & Bradstreet
Attn: Authorized Agent
P.O. Box 75434
Chicago, IL 60675-5434

Economy Office Supply Co.
Attn: Authorized Agent
1725 Gardena Avenue
Glendale, CA 91204

Exec U Care
Attn: Authorized Agent
P.O. Box 40
Hills, IA 52235

Foley & Lardner LLP
Attn: Authorized Agent
555 South Flower Street, Suite 3500
Los Angeles, CA 90071-2411

Hudson Capital Advisors
LLCL/Roth Capital Partners
Attn: Bruce Ruben
9601 Wilshire Blvd., Penthouse
Beverly Hills, CA 90210

Gibson, Dunn & Crutcher LLP
Attn: Steve Talley, Esq.
1801 CA Street, Suite 4200
Denver, CO 80202-2694

IVS
Attn: Authorized Agent
1925 Lovering Avenue
Wilmington, DE 19806

Jeff Deutschman
102 West 7th Street, Apt. 66
New York, NY 10023

K & L Gates LLP
Attn: Authorized Agent
1900 Main Street, Suite 600
Irvine, CA 92614-7319

Latham & Watkins
Attn: Russ Sauer, Esq.
355 South Grand Avenue
Los Angeles, CA 90071-1560

LM Financial Communications
Attn: Authorized Agent
315-A Anita Street
Redondo Beach, CA 90278

Los Angeles County Tax
Attn: Authorized Agent
P.O. Box 54027
Los Angeles, CA 90054

Mass Mutual
Attn: Authorized Agent
4165 E. Thousand Oaks Blvd., #180
Westlake Village, CA 91362

Morris Nichols Arsht & Tunnell
Attn: Ken Nachbar
1201 N. Market Street
Wilmington, DE 19899

Innisfree M & A Incorporated
Attn: Authorized Agent
501 Madison Avenue, 20th Floor
New York, NY 10022

Insight Creative
Attn: Authorized Agent
9785 Drake Lane
Beverly Hills, CA  90210

Paetec Communications, Inc.
Attn: Authorized Agent
P.O. Box 1283
Buffalo, NY  14240-1283

Reed Smith LLP
Attn: Authorized Agent
P.O. Box 39000
San Francisco, CA  94139

Robert Half Technology
Attn: Authorized Agent
205 N. Michigan Avenue, Suite 3301
Chicago, IL  60601

Speakeasy
Attn: Authorized Agent
P.O. Box 34654
Seattle, WA  98124-1654

Wells Fargo Securities, LLC
(as successor to Barrington Assoc.)
c/o Michael Gold, Esq.
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067

CPA Global
Attn: Authorized Agent
Liberation House – Castle Street
St. Helier, Jersey JE1 1BL
Channel Islands

OfficeTeam
Attn: Authorized Agent
P.O. Box 60000
San Francisco, CA  94160-3484

Paul, Hastings, Janofsky & Walker
Attn: Authorized Agent
515 South Flower Street, 25th Floor
Los Angeles, CA  90071-2228

Rednor Group, Ltd.
Attn: Jordon Rednor
625 Avenue of the Americas, 2nd Floor
New York, NY  10011-2020

Rendez-vous Flowers & Gifts
Attn: Authorized Agent
8100 West 3rd Street
Los Angeles, CA  90048

Ropes & Gray LLP
Attn: Thad Davis, Esq.
One International Place
Boston, MA  02110-2624

Weber Distribution – IT #30
Attn: Authorized Agent
P.O. Box 79641
City of Industry, CA  91716-9641

Bagel Broker Management
Attn: Authorized Agent
7825 Beverly Blvd.
Los Angeles, CA  90036

Gallo and Associates
Attn: Authorized Agent
1101 5th Avenue, Suite 205
San Rafael, CA 94901

JH Cohn LLP
Attn: Authorized Agent
4 Becker Farm Road
Roseland, NJ 07068

Steven Vallen
18666 Ravenwood Dr.
Saratoga, CA 95070

Connolly Bove Lodge
Attn: Authorized Agent
1007 North Orange Street
Wilmington, DE 19899

CDW Direct, LLC
Attn: Authorized Agent
PO Box 75723
Chicago, IL 60675-5723

Cleveland H. Harris
716 E. Pine Street, Unit F
Altadena, CA 91001

The Hartford-Priority Accounts
Attn: Authorized Agent
Group Benefits Division
PO Box 8500-3690
Philadelphia, PA 19178-3690

Loyens Loeff
Attn: Authorized Agent
Postbus 71170
1008 DB Amsterdam
The Netherlands

Flat Iron Capital
Attn: Authorized Agent
950 17th St., Ste 1300
Denver, CO 80202

Internal Revenue Service
Attn: Authorized Agent
PO Box 21126
Philadelphia, PA 19114

Franchise Tax Board
Bankruptcy Unit
PO Box 2952
Sacramento, CA 95812

Employment Dev. Dept.
Bankr. Group MIC 92E
PO Box 826880
Sacramento, CA 94280

Securities & Exchange Commission
5670 Wilshire Blvd. 11th Floor
Los Angeles, CA 9003

City of Los Angeles
Attn: Authorized Agent
File 57065
Los Angeles, CA 90074

Elena (Ellen) Francisco
17522 Grayland Avenue
Artesia, CA 90701

Mui Klein
1716 Havemeyer Lane
Redondo Beach, CA 90278

Rusola Atienza
12807 Chandler Blvd.
Valley Village, CA 91607

Jose Figueroa
1508 Sinaloa Avenue
Pasadena, CA 91104

Patrick Hanrahan
1783 Rose Villa
Pasadena, CA 91106-3565

Christie Monacos
426 E. Marigold St.
Altadena, CA 91001

Martha Roberts
15650 Meadow Dr.
Canyon Country, CA 91387

Roy Dar
6470 Gaynor Avenue
Van Nuys, CA 91406

City of Los Angeles
Attn: Authorized Agent
File 57065
Los Angeles, CA 90074

Duane Johnson
3166 Butler Avenue
Los Angeles, CA 90066

Dorothy DeSilva
6186 Mesa Avenue
Los Angeles, CA 90042

Teresa Tormey
13700 Marina Pointe Dr.
Suite 1214
Marina del Rey, CA 90292

Michael Sanders
1281 Keats Street
Manhattan Beach, CA 90266

James L. Holbrook
c/o EMAK Worldwide, Inc.
6330 San Vicente Blvd.
Los Angeles, CA 90048

Edgar Arevalo
17133 Mapes Avenue
Cerritos, CA 90703